

May 21, 2019

Ms. Elizabeth M. Arregui
Pusateri, Johnston, Guillot & Greenbaum, LLC
1100 Poydras Street Suite 2250
New Orleans, LA 70163

    Re:    GOL/REC Marine Logistics, LLC
           Claim of Joseph D Daggs
           D/A: 11/30/2018
           Your File: 1030-20448

Dear Ms. Arregui:

I have obtained, and am enclosing, the personnel records you have requested from the files of Bollinger Shipyards Lockport, L.L.C. regarding Joseph D. Daggs. Mr. Daggs worked for an outside contractor and for Bollinger Shipyards Lockport at two separate times. The Bollinger Shipyards Lockport records were overlooked during our first search attempt.

Attached is an invoice in the amount of **$25.00** for the cost of producing these records. Please forward your check, made payable to **Bollinger Shipyards Lockport, L.L.C., to my attention**.

                              Respectfully,
                              Bollinger Shipyards Lockport, L.L.C.

                              Rachael B. Battaglia
                              General Counsel

Enclosures

ISO 9001 CERTIFIED
8365 HWY. 308 SOUTH • POST OFFICE BOX 250 • LOCKPORT, LOUISIANA 70374-0250
PHONE 985-532-2554 • FAX 985-532-7225
www.bollingershipyards.com

GOL 1274

SUMMARY OF WORK STATUS

# FAMILY
## Doctor Clinic of Mathews

Date: 9-23-02

Re: Patient Name: Joseph Dugan

Send to: _____

Clinic #: [redacted]  Date of Birth: [redacted]

Firm: Bollinger

SS #: [redacted]   ☒ male   ☐ female

Fax #: _____

Date of Injury: 9-20-02

Diagnosis: Acute Lumbar strain

- ☐ ABLE to work – regular duty.
- ☐ NOT ABLE to work at this time. Estimated release to work date: ___/___/___.
- ☒ ABLE to work – transitional duty as follows:
  - ☒ **Sedentary work:** Lifting 10 lbs. maximum and occasionally lifting and/or carrying articles such as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.
  - ☐ **Light Work:** Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. even though the weight lifted may be only a negligible amount, a job is in this category when it requires walking or standing most of the time, with a degree of pushing/pulling of arm and/or leg controls.
  - ☐ **Medium Work:** Lifting 50 lbs. maximum with frequent lifting and/or carrying objects up to 25 lbs.
  - ☐ **Heavy Work:** Lifting 100 lbs. maximum with frequent lifting and/or carrying of objects up to 50 lbs.
  - ☐ **Very Heavy Work:** Lifting objects in excess of 100 lbs. with frequent lifting and/or carrying of objects weighing 50 lbs. or over.
- ☐ Physical Therapy recommended. Visits per week: ____ Duration: ____ weeks.
- ☒ Prescription medication given: Flextra DS / Vioxx
- ☐ Return appointment: Date: ___/___/___ Time: ____ Provider: ____
- ☐ Dictated report to follow.
- ☐ Comments _____

Physician Signature: [signed]

Date: 9-23-02

Name of physician (print): Jack Heidenreich MD

White to Employer............Yellow to Chart............Blue to Patient............    CIS/FDM/219/R (12/00)

17669

# Bollinger
## Work Activity Report

PLEASE FILL IN ALL LINES THAT ARE APPLICABLE

1. EMPLOYEE NAME    Joseph Daggs
2. DATE    9/23/02
3. NATURE OF INJURY/ILLNESS    Acute Lumbar Strain
4. EMPLOYEE CAN RETURN TO   (PLEASE CHECK ONE)

FULL DUTY [ ]     MODIFIED WORK [X]     NO WORK [ ]

5. PLEASE CHECK ALL MODIFIED WORK ACTIVITY THAT IS APPLICABLE:

- SWEEPING/CLEANING [ ]
- BRUSH PAINTING [X]
- REGULAR WORK MODIFIED [ ]
- SEDENTARY WORK [X]
- TOOL ROOM WORK [X]

6. PLEASE CHECK ANY MODIFIED WORK ACTIVITY LIMITATIONS:

| | YES | NO | LIMITS: |
|---|---|---|---|
| CRAWLING | [ ] | [X] | |
| CLIMBING | [ ] | [X] | |
| LIFTING | [ ] | [X] | |
| STOOPING | [ ] | [X] | |
| KNEELING | [ ] | [X] | |

7. PHYSICIAN'S COMMENTS

_____
_____
_____

8. PHYSICIAN'S SIGNATURE    [signature]         DATE  9/23/02

PLEASE RETURN PAPER WORK WITH EMPLOYEE TO THE MEDICAL DEPT. AT BOLLINGER.
THANK YOU.

GOL 1305

Sep-24-2002 09:26  From-CIS Mathews  +8855377584  T-005  P.002/004  F-348

# FAMILY PROGRESS NOTES
Doctor Clinic of Mathews

NAME: JOSEPH DAGGS   CLINIC #: ▮▮▮   DATE: ▮▮ 2002

SS #: ▮▮▮   Date of Birth: ▮▮▮

☐ See dictated note same date. VITAL SIGNS: (any 3) BP ___/___ P ___ R ___ T afebrile Ht 5'8" Weight: 155

MEDICATIONS: (Name, dosage, directions)

---

PROBLEM LIST: _____

CHIEF COMPLAINT / SYMPTOMS: 20 yo BM with injured + back. Friday 9-20-02. Was trying to move large iron blocks. He was pulling it under a ship. When he pulled he felt severe pain in his lumbar spine.

ROS: (PF = 0) (EPF: 1 per system) (Det.: 2-9 systems) (Comp: 10+ systems)   ALLERGIES: NKDA

**NORMAL**
- ☐ Constitutional
- ☐ Eyes
- ☐ ENT/Mouth
- ☐ CV
- ☐ Respiratory

**NORMAL**
- ☐ GI
- ☐ GU
- ☐ Musculoskeletal
- ☐ Skin/Breast
- ☐ Neurologic

**NORMAL**
- ☐ Psychiatric
- ☐ Endocrine
- ☐ Heme/Lymph
- ☐ Allergy/Immune

☐ All other systems: negative  ☐ No interval change of: ☐ Past Med Hx  ☐ Family History  ☐ Social History  since chart note of _____

| Physical Examination: Normal Findings (PF 1-3, EPF-4+, Detailed 12+, Comp-all) | Abnormal Findings or Comments: |
|---|---|
| General: ☐ NAD/appropriate ☐ appropriate grooming  EENT, Eyes, Nose, Throat, Neck, Resp, CV, Chest, GI, GU, Lymphatic, MS/Ext, Skin, Neuro/Psych — standard checklist | Walks stiffly. Unable to raise legs over 30°. Pain in lumbar region. DTR's 1+ / 1+ / 2+ / 1+ |

LABS: _____

ASSESSMENT: Acute Lumbar Strain

PLAN:
1) Decadron 1cc / Toradol 1cc IM
2) Vioxx 25 x PO x 9
3) Flexeril PS
4) Toradol 30 x 1 IM

IS PATIENT ABLE TO RETURN TO WORK? ☒ YES ☐ NO
WILL PATIENT CONTINUE TO REQUIRE TREATMENT AS DIRECT RESULT OF ACCIDENT/INJURY? ☒ YES ☐ NO
HAS PATIENT REACHED MAXIMUM MEDICAL IMPROVEMENT? ☐ YES ☒ NO

Physician Signature: _____   Date: 9/23/02

Counseling time: _____
Follow-up In: 2 D Ⓦ M Y prn

CIS/FDM/37/R (7/01)



# FAMILY
### Doctor Clinic of Mathews

Date: 10-2-02     Re: Patient Name: Joseph Dagas
Send to: _____     Clinic #: _____     Date of Birth: _____
Firm: Bollinger     SS #: _____     [X] male   [ ] female
Fax #: _____     Date of Injury: _____
Diagnosis: _____

[ ] **ABLE to work – regular duty.**
[ ] **NOT ABLE to work at this time.** Estimated release to work date: ___/___/___.
[X] **ABLE to work – transitional duty as follows:**
  [X] **Sedentary work:** Lifting 10 lbs. maximum and occasionally lifting and/or carrying articles such as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.
  [ ] **Light Work:** Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. even though the weight lifted may be only a negligible amount, a job is in this category when it requires walking or standing most of the time, with a degree of pushing/pulling of arm and/or leg controls.
  [ ] **Medium Work:** Lifting 50 lbs. maximum with frequent lifting and/or carrying objects up to 25 lbs.
  [ ] **Heavy Work:** Lifting 100 lbs. maximum with frequent lifting and/or carrying of objects up to 50 lbs.
  [ ] **Very Heavy Work:** Lifting objects in excess of 100 lbs. with frequent lifting and/or carrying of objects weighing 50 lbs. or over.

[ ] Physical Therapy recommended. Visits per week: _____ Duration: _____ weeks.
[ ] Prescription medication given: _____
[ ] Return appointment: Date: ___/___/___ Time: _____ Provider: _____
[ ] Dictated report to follow.
[ ] Comments _____

Physician Signature: [signature]     Date: 10/2/02

Name of physician (print): _____

White to Employer .......... Yellow to Chart .......... Blue to Patient     GCEDM1308 (12/00)

SUMMARY OF WORK STATUS

7461J 1766a

# FAMILY
## Doctor Clinic of Mathews

Date: 10·9 02

Re: Patient Name: Joseph Daggs

Send to: _____

Clinic #: _____ Date of Birth: _____

Firm: Ecllingers

SS #: _____ ☒ male ☐ female

Fax #: _____

Date of Injury: 9/20/02

Diagnosis: lumbar stra____

☐ ABLE to work – regular duty.
☐ NOT ABLE to work at this time. Estimated release to work date: ___/___/___.
☒ ABLE to work – transitional duty as follows:

    ☒ **Sedentary work**: Lifting 10 lbs. maximum and occasionally lifting and/or carrying articles such as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.

    ☐ **Light Work**: Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. even though the weight lifted may be only a negligible amount, a job is in this category when it requires walking or standing most of the time, with a degree of pushing/pulling of arm and/or leg controls.

    ☐ **Medium Work**: Lifting 50 lbs. maximum with frequent lifting and/or carrying objects up to 25 lbs.
    ☐ **Heavy Work**: Lifting 100 lbs. maximum with frequent lifting and/or carrying of objects up to 50 lbs.
    ☐ **Very Heavy Work**: Lifting objects in excess of 100 lbs. with frequent lifting and/or carrying of objects weighing 50 lbs. or over.

☐ Physical Therapy recommended. Visits per week: _____ Duration: _____ weeks.
☐ Prescription medication given: _____
☐ Return appointment: Date: ___/___/___ Time: _____ Provider: _____
☐ Dictated report to follow.
☐ Comments: _____

Physician Signature

Date: 10-9-02

Jack Heiden, MD
Name of physician (print)

White to Employer .................. Yellow to Chart ............. Blue to Patient

CIS/PDM/21WR (12/00)

GOL 1299

# LA TERRE PHYSICAL THERAPY, INC.
## Physical Therapy Clinic
### 116 TWIN OAKS DRIVE • RACELAND, LA 70394

Donald P. Kinnard, P.T.
Theresa B. Secnal, P.T.
Mark J. Kinnard, P.T.

PHONE: 537-7012
FAX: 537-4145

17669
/XH7

185-
448
3327

Name: Joseph Dggs         Date: 10/9/02
Diagnosis: Lumbar Strain

Treatments per week __3__ for __2__ week(s)

☑ Evaluate and Treat

- ☐ Hot Packs
- ☐ Whirlpool
- ☐ Ultrasound
  - ☐ with stimulation
- ☐ Diathermy
- ☐ Iontophoresis
- ☐ Jobst Pump

- ☐ Massage
- ☐ Paraffin
- ☐ Contrast Bath
- ☐ Cold Packs
- ☐ Acustimulation
- ☐ T.E.N.S.
- ☐ Electrical Stimulation

- ☐ Intermittent Pelvic Traction
- ☐ Intermittent Cervical Traction

- ☐ William Flex Ex. (back)
- ☐ McKenzie Extenstion Ex.
- ☐ Active Neck Ex. (neck)

- ☐ Passive Exercise
- ☐ Active Exercise
- ☐ Resistive Exercise
- ☐ Increase ROM
- ☐ Muscle Re-education
- ☐ Gait Training

- ☐ Manual Muscle Test
- ☐ Functional Activities
- ☐ Activities of Daily Living
- ☐ Work Hardening
- ☐ _____

Remarks:

I certify that: I have examined the above named patient and he/she is under my care. The physical therapy services as outlined above are medically necessary and required by the patient.

_____, M.D.
BY PHYSICIAN REFERRAL ONLY

BAYOU PRINTING & GRAPHICS 4361

GOL 1300

# FAMILY
## Doctor Clinic of Mathews

**PROGRESS NOTES**
DATE OCT 09 2002

**NAME** JOSEPH DAGGS  **CLINIC #** _____
**SS #** _____  **Date of Birth** _____

☐ See dictated note same date. **VITAL SIGNS:** (any 3) BP ___/___ P ___ R ___ T afebr Ht 5'8" Weight: 156

**MEDICATIONS:** (Name, dosage, directions)
Vioxx
Flexeril

**PROBLEM LIST:**

**CHIEF COMPLAINT / SYMPTOMS** 2 o/o BM recheck on lumbar strain. Injured himself 2 weeks ago. c/o on-going pain in lumbar. He went to Thibodaux ER and had X-rays of back

**ALLERGIES:** NKDA

ROS: ... since chart note of 10-2-02

**Abnormal Findings or Comments:**
Moves stiffly

Will not allow me to raise his legs

I suspect malingering

Will not bend over to touch toes

[stick figure drawing]

**LABS** _____

**ASSESSMENT** lumbar strain

**PLAN:** 
Cont. same meds
Get Physical therapy
Cont. light duty

IS PATIENT ABLE TO RETURN TO WORK? ☑ YES ☐ NO
WILL PATIENT CONTINUE TO REQUIRE TREATMENT AS DIRECT RESULT OF ACCIDENT/INJURY? ☑ YES ☐ NO
HAS PATIENT REACHED MAXIMUM MEDICAL IMPROVEMENT? ☐ YES ☑ NO

Physician Signature _____ Date 10/9/02
Counseling time _____
Follow-up in: 2 D W M Y prn

GOL 1301

SUMMARY OF WORK STATUS



# FAMILY
## Doctor Clinic of Mathews

17669

Date: 11-4-02

Re: Patient Name: Joseph Deggs

Send to: _____

Clinic #: ▮▮▮▮▮    Date of Birth: ▮▮▮▮▮

Firm: Bollinger

SS #: ▮▮▮▮▮    ☒ male    ☐ female

Fax #: _____

Date of Injury: 9-20-02

Diagnosis: Lumbar pain c (R) sided radiculopathy

- ☐ ABLE to work – regular duty.
- ☐ NOT ABLE to work at this time. Estimated release to work date: ___/___/___.
- ☒ ABLE to work – transitional duty as follows:
  - ☐ **Sedentary work:** Lifting 10 lbs. maximum and occasionally lifting and/or carrying articles such as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.
  - ☐ **Light Work:** Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. even though the weight lifted may be only a negligible amount, a job is in this category when it requires walking or standing most of the time, with a degree of pushing/pulling of arm and/or leg controls.
  - ☐ **Medium Work:** Lifting 50 lbs. maximum with frequent lifting and/or carrying objects up to 25 lbs.
  - ☐ **Heavy Work:** Lifting 100 lbs. maximum with frequent lifting and/or carrying of objects up to 50 lbs.
  - ☐ **Very Heavy Work:** Lifting objects in excess of 100 lbs. with frequent lifting and/or carrying of objects weighing 50 lbs. or over.
- ☐ Physical Therapy recommended. Visits per week: _____ Duration: _____ weeks.
- ☐ Prescription medication given: _____
- ☐ Return appointment: Date: ___/___/___ Time: _____ Provider: _____
- ☐ Dictated report to follow.
- ☐ Comments: Will send to Orthopedist and get MRI. He has not improved at all.

Physician Signature: [signature]

Date: 11-4-02

Name of physician (print): JACK Heidenreich MD

White to Employer .......... Yellow to Chart .......... Blue to Patient

GOL 1308

*SUMMARY OF WORK STATUS*



# FAMILY
## Doctor Clinic of Mathews

17669

Date: 11-11-02  Re: Patient Name: Joseph Daggs
Send to: _____  Clinic #: ____  Date of Birth: ____
Firm: Bollinger  SS #: ____  ☒ male ☐ female
Fax #: _____  Date of Injury: 9-20-02
Diagnosis: Back Pain - Not sure why

☐ ABLE to work – regular duty.
☐ NOT ABLE to work at this time. Estimated release to work date: __/__/__.
☒ ABLE to work – transitional duty as follows:
   ☒ **Sedentary work:** Lifting 10 lbs. maximum and occasionally lifting and/or carrying articles such as dockets, ledgers, and small tools. Although a sedentary job is defined as one which involves sitting, a certain amount of walking and standing is often necessary in carrying out job duties. Jobs are sedentary if walking and standing are required only occasionally and other sedentary criteria are met.
   ☐ **Light Work:** Lifting 20 lbs. maximum with frequent lifting and/or carrying of objects weighing up to 10 lbs. even though the weight lifted may be only a negligible amount, a job is in this category when it requires walking or standing most of the time, with a degree of pushing/pulling of arm and/or leg controls.
   ☐ **Medium Work:** Lifting 50 lbs. maximum with frequent lifting and/or carrying objects up to 25 lbs.
   ☐ **Heavy Work:** Lifting 100 lbs. maximum with frequent lifting and/or carrying of objects up to 50 lbs.
   ☐ **Very Heavy Work:** Lifting objects in excess of 100 lbs. with frequent lifting and/or carrying of objects weighing 50 lbs. or over.

☐ Physical Therapy recommended. Visits per week: ____ Duration: ____ weeks.
☐ Prescription medication given: _____
☐ Return appointment: Date: __/__/__ Time: ____ Provider: ____
☐ Dictated report to follow.
☐ Comments: He must follow up with orthopedist — he may need a myelogram

Physician Signature: [signed]   Date: 11-11-02
Name of physician (print): Jack Heidenreich MD

White to Employer .......... Yellow to Chart .......... Blue to Patient