STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
ED Record

Daggs, Joseph
MRN: 2903971, DOB: 10/21/1981, Sex: M
Acct #: 71000088125
Adm: 12/3/2014

**ED Provider Notes**

ED Provider Notes by Elma I. Ledoux, MD at 12/4/2014 1:14 AM

Author: Elma I. Ledoux, MD
Filed: 12/4/2014 1:21 AM
Editor: Elma I. Ledoux, MD (Physician)
Service: Emergency Medicine
Status: Signed
Author Type: Physician

**History**

**Chief Complaint**
Patient presents with:
- Back Pain
    *lower*
- Shoulder Pain
    *left*

No Known Allergies
Patient is a 33 y.o. male presenting with the following complaint: neck pain. The history is provided by the patient.
**Neck Pain**
This is a new (Pt said that his vehicle was struck on his driver's side yesterday by another vehicle which had backed into him while he was stationary.) problem. The current episode started yesterday (He now has pain and stiffness of his neck and lower back. He was a restrained driver and ambulatory at the scene.). The problem has been gradually worsening. The pain is associated with an MVA. The pain is present in the generalized neck (and lower back, upper trapezius area.). The quality of the pain is described as cramping and aching. The pain is at a severity of 5/10. The symptoms are aggravated by twisting and position. The pain is the same all the time. Pertinent negatives include no numbness, no paresis, no tingling and no weakness. He has tried nothing for the symptoms.

**Past Medical History**
Diagnoses:
- Asthma

No past medical history pertinent negatives on file.
History reviewed. No pertinent past surgical history.
History reviewed. No pertinent family history.
**History**
Substance Use Topics:
- Smoking status:        Not on file
- Smokeless tobacco:     Not on file
- Alcohol Use:           Not on file

Review of Systems
Musculoskeletal: Positive for neck pain.
Neurological: Negative for tingling, weakness and numbness.
All other systems reviewed and are negative.

**EXHIBIT E**

**Physical Exam**

| | Initial Vitals | | | |
|---|---|---|---|---|
| BP | Pulse | Resp | Temp | SpO2 |

STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
ED Record

Daggs, Joseph
MRN: 2903971, DOB: 10/21/1981, Sex: M
Acct #: 71000088125
Adm: 12/3/2014

**ED Provider Notes (continued)**

ED Provider Notes by Elma I. Ledoux, MD at 12/4/2014 1:14 AM (continued)

| 12/03/14 2234 | 12/03/14 2234 | 12/03/14 2234 | 12/03/14 2234 | — |
|---|---|---|---|---|
| 166/113 mmHg | 116 | 18 | 99 °F (37.2 °C) | |

**Physical Exam**
Nursing note and vitals reviewed.
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Neck supple.
**There is tenderness to palpation of the left upper trapezius area and the SCM muscle. ROM on hyperextension is lomited by pain and stiffness.**
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
**Lumbar paraspinous muscle tenderness is noted on palpation.**
Neurological: He is alert and oriented to person, place, and time. He has normal strength and normal reflexes.
Skin: Skin is warm and dry.

Procedures
Labs Reviewed - No data to display

**MDM**
Number of Diagnoses or Management Options
Neck muscle strain, initial encounter, minor
Patient Progress
Patient progress: stable

The encounter diagnosis was Neck muscle strain, initial encounter.

**Disposition:**
Disposition: Discharged
Condition: Stable

Generated on 12/7/18 10:22 AM

GOL - 0063

Page 55

```
STAH EMERGENCY DEPARTMENT          Daggs, Joseph
4608 Highway 1                     MRN: 2903971, DOB: 10/21/1981, Sex: M
Raceland LA 70394-2623             Acct #: 71000088125
ED Record                          Adm: 12/3/2014
```

## ED Provider Notes (continued)

### ED Provider Notes by Elma I. Ledoux, MD at 12/4/2014 1:14 AM (continued)

Elma I. Ledoux, MD
12/04/14 0121

    Electronically signed by Elma I. Ledoux, MD on 12/4/2014 1:21 AM

## ED Notes

### ED Notes by Rebecca T Wilke, RN at 12/3/2014 11:13 PM

| Author: Rebecca T Wilke, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
|---|---|---|
| Filed: 12/3/2014 11:13 PM | Status: Signed | |
| Editor: Rebecca T Wilke, RN (Registered Nurse) | | |

**Physician at bedside.**

Electronically signed by Rebecca T Wilke, RN on 12/3/2014 11:13 PM

## All Other Notes

No notes of this type exist for this encounter.

## Result Notes and Comments

Result — naproxen (NAPROSYN) 375 MG tablet (Order 10909142)

Result — cyclobenzaprine (FLEXERIL) 10 MG tablet (Order 10909149)

Result — ibuprofen (ADVIL, MOTRIN) 600 MG tablet (Order 10909145)

Result — hydrocodone-acetaminophen (NORCO) 5-325 mg per tablet (Order 10909143)

Result — cyclobenzaprine (FLEXERIL) 10 MG tablet (Order 10909142)

STAH EMERGENCY DEPARTMENT
4608 Highway 1
Raceland LA 70394-2623
ED Record

Daggs, Joseph
MRN: 2903971, DOB: 10/21/1981, Sex: M
Acct #: 71000088125
Adm: 12/3/2014

**Result Notes and Comments (continued)**

| Result | | hydrocodone-acetaminophen 5-325mg per tablet 1 tablet (Order 109091139) |
| --- | --- | --- |
| Result | | cyclobenzaprine tablet 10 mg (Order 109091140) |
| Result | | ibuprofen tablet 600 mg (Order 109091141) |

**ED Current OP Medications**

| Medication | Sig | Dispense | Start Date | End Date | Ord. Provider |
| --- | --- | --- | --- | --- | --- |
| albuterol 90 mcg/actuation inhaler (Expired) | Inhale 1 puff into the lungs every 4 (four) hours as needed for Wheezing. | 1 inhaler | 11/14/2017 | 11/14/2018 | Ryan M. Wolfort, MD |
| azithromycin (Z-PAK) 250 MG tablet | Z-PACK AS DIRECTED | 6 tablet | 11/14/2017 | | Ryan M. Wolfort, MD |
| budesonide 180mcg (PULMICORT 180MCG) 180 mcg/actuation AePB (Expired) | Inhale 2 puffs into the lungs 2 (two) times daily. Controller | 1 each | 11/14/2017 | 11/14/2018 | Ryan M. Wolfort, MD |
| methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet | Pack as directed | 1 Package | 11/14/2017 | | Ryan M. Wolfort, MD |

Last reviewed by Rebecca T Wilke, RN on 12/03/14 2235

**Medication Comments**
** No Medication Comments Found **

**Clinical Orders**

**hydrocodone-acetaminophen 5-325mg per tablet 1 tablet [109091139]**

| | |
| --- | --- |
| Electronically signed by: Elma I. Ledoux, MD on 12/03/14 2328
Ordering user: Elma I. Ledoux, MD 12/03/14 2328
Authorized by: Elma I. Ledoux, MD
Frequency: ED 1 Time 12/03/14 2330 - 1 occurrence | Status: **Completed**
Ordering provider: Elma I. Ledoux, MD
Ordering mode: Standard |

**cyclobenzaprine tablet 10 mg [109091140]**

| | |
| --- | --- |
| Electronically signed by: Elma I. Ledoux, MD on 12/03/14 2328
Ordering user: Elma I. Ledoux, MD 12/03/14 2328
Authorized by: Elma I. Ledoux, MD
Frequency: ED 1 Time 12/03/14 2330 - 1 occurrence | Status: **Completed**
Ordering provider: Elma I. Ledoux, MD
Ordering mode: Standard |

**ibuprofen tablet 600 mg [109091141]**

| | |
| --- | --- |
| Electronically signed by: Elma I. Ledoux, MD on 12/03/14 2328
Ordering user: Elma I. Ledoux, MD 12/03/14 2328
Authorized by: Elma I. Ledoux, MD
Frequency: ED 1 Time 12/03/14 2330 - 1 occurrence | Status: **Completed**
Ordering provider: Elma I. Ledoux, MD
Ordering mode: Standard |

**cyclobenzaprine (FLEXERIL) 10 MG tablet [109091142]**

| | |
| --- | --- |
| Electronically signed by: Elma I. Ledoux, MD on 12/03/14 2330
Ordering user: Elma I. Ledoux, MD 12/03/14 2330
Authorized by: Elma I. Ledoux, MD
PRN reasons: Muscle spasms
Frequency: TID PRN 12/03/14 - 5 days | Status: **Expired**
Ordering provider: Elma I. Ledoux, MD
Ordering mode: Standard |

**hydrocodone-acetaminophen 5-325mg (NORCO) 5-325 mg per tablet [109091144]**

| | |
| --- | --- |
| Electronically signed by: Rebecca T Wilke, RN on 12/03/14 2330
Ordering user: Rebecca T Wilke, RN 12/03/14 2330 | Status: **Discontinued**
Ordering mode: Standard |

GOL - 0065

Generated on 12/7/18 10:22 AM

Page 57

| | |
|---|---|
| STAH EMERGENCY DEPARTMENT<br>4608 Highway 1<br>Raceland LA 70394-2623<br>ED Record | Daggs, Joseph<br>MRN: 2903971, DOB: 10/21/1981, Sex: M<br>Acct #: 71000088125<br>Adm: 12/3/2014 |

## Clinical Orders (continued)

**hydrocodone-acetaminophen 5-325mg (NORCO) 5-325 mg per tablet [109091144] (continued)**

| | |
|---|---|
| Frequency: 12/03/14 2330 - 1 occurrence<br><br>Medication comments: Created by cabinet override | Discontinued by: Discharge Provider, Automatic 12/04/14 0154 [Patient Discharge] |

**ibuprofen (ADVIL, MOTRIN) 600 MG tablet [109091145]**

| | |
|---|---|
| Electronically signed by: Rebecca T Wilke, RN on 12/03/14 2330<br>Ordering user: Rebecca T Wilke, RN 12/03/14 2330<br>Frequency: 12/03/14 2330 - 1 occurrence<br><br>Medication comments: Created by cabinet override | Status: Discontinued<br>Ordering mode: Standard<br>Discontinued by: Discharge Provider, Automatic 12/04/14 0154 [Patient Discharge] |

**cyclobenzaprine (FLEXERIL) 10 MG tablet [109091146]**

| | |
|---|---|
| Electronically signed by: Rebecca T Wilke, RN on 12/03/14 2331<br>Ordering user: Rebecca T Wilke, RN 12/03/14 2331<br>Frequency: 12/03/14 2331 - 1 occurrence<br><br>Medication comments: Created by cabinet override | Status: Discontinued<br>Ordering mode: Standard<br>Discontinued by: Discharge Provider, Automatic 12/04/14 0154 [Patient Discharge] |

**naproxen (NAPROSYN) 375 MG tablet [109091143]**

| | |
|---|---|
| Electronically signed by: Elma I. Ledoux, MD on 12/03/14 2331<br>Ordering user: Elma I. Ledoux, MD 12/03/14 2331<br>Authorized by: Elma I. Ledoux, MD<br>Frequency: BID WM 12/03/14 - 02/12/15 | Status: Discontinued<br>Ordering provider: Elma I. Ledoux, MD<br>Ordering mode: Standard<br>Discontinued by: Rebecca T Wilke, RN 02/12/15 0224 |

**All Meds and Administrations.**

| STAH EMERGENCY DEPARTMENT<br>4608 Highway 1<br>Raceland LA 70394-2623<br>ED Record | Daggs, Joseph<br>MRN: 2903971, DOB: 10/21/1981, Sex: M<br>Acct #: 71000088125<br>Adm: 12/3/2014 |
|---|---|

### All Meds and Administrations (continued)

**cyclobenzaprine tablet 10 mg [109091140]**

Ordering Provider: Elma I. Ledoux, MD  
Ordered On: 12/03/14 2328  
Dose (Remaining/Total): 10 mg (0/1)  
Frequency: ED 1 Time  

Status: Completed (Past End Date/Time)  
Starts/Ends: 12/03/14 2330 - 12/03/14 2332  
Route: Oral  
Rate/Duration: — / —  

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 12/03/14 2332 | Given | 10 mg | Oral | Performed by: Rebecca T Wilke, RN |

**hydrocodone-acetaminophen 5-325mg per tablet 1 tablet [109091139]**

Ordering Provider: Elma I. Ledoux, MD  
Ordered On: 12/03/14 2328  
Dose (Remaining/Total): 1 tablet (0/1)  
Frequency: ED 1 Time  
Admin Instructions: Maximum dose of acetaminophen is 3000 mg from all sources in 24 hours, 2000 mg in hepatic failure patients  

Status: Completed (Past End Date/Time)  
Starts/Ends: 12/03/14 2330 - 12/03/14 2332  
Route: Oral  
Rate/Duration: — / —  

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 12/03/14 2332 | Given | 1 tablet | Oral | Performed by: Rebecca T Wilke, RN |

**ibuprofen tablet 600 mg [109091141]**

Ordering Provider: Elma I. Ledoux, MD  
Ordered On: 12/03/14 2328  
Dose (Remaining/Total): 600 mg (0/1)  
Frequency: ED 1 Time  

Status: Completed (Past End Date/Time)  
Starts/Ends: 12/03/14 2330 - 12/03/14 2332  
Route: Oral  
Rate/Duration: — / —  

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 12/03/14 2332 | Given | 600 mg | Oral | Performed by: Rebecca T Wilke, RN |

### Discharge Orders (720h ago, onward)
None

### ED Prescriptions

| Medication | Sig | Dispense | Start Date | End Date | Auth. Provider |
|---|---|---|---|---|---|
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Expired) | Take 1 tablet (10 mg total) by mouth 3 (three) times daily as needed for Muscle spasms. | 15 tablet | 12/3/2014 | 12/8/2014 | Elma I. Ledoux, MD |
| naproxen (NAPROSYN) 375 MG tablet (Expired) | Take 1 tablet (375 mg total) by mouth 2 (two) times daily with meals. | 30 tablet | 12/3/2014 | 2/12/2015 | Elma I. Ledoux, MD |

### Allergies as of 12/7/2018
No Known Allergies

| | |
|---|---|
| STAH EMERGENCY DEPARTMENT<br>4608 Highway 1<br>Raceland LA 70394-2623<br>ED Record | Daggs, Joseph<br>MRN: 2903971, DOB: 10/21/1981, Sex: M<br>Acct #: 71000088125<br>Adm: 12/3/2014 |

**Discharge Instructions**

Provider: Elma I. Ledoux, MD

# Neck Problems: Relieving Your Symptoms

The first goal of treatment is to relieve your symptoms. Your health care provider may recommend self-care treatments. These include resting, applying ice and heat, taking medication, and doing exercises. Your health care provider may also recommend that you see a physical therapist, who can teach you ways to care for and strengthen your neck.



**Heat relaxes sore muscles and helps relieve spasms.**

## Self-Care Treatments

Pain can end quickly or last awhile. Either way, you'll want relief as soon as possible. Your health care provider can tell you which treatments to do at home to help relieve your pain.

- Lying down for a short time takes pressure from the head off the neck.

- Ice and heat can help reduce pain. To bring down swelling, rest an ice pack wrapped in a thin towel on your neck for 15 minutes. To relax sore muscles, apply a warm, wet towel to the area. Or take a warm bath or shower.

- Over-the-counter medications, such as ibuprofen, naproxen, and aspirin, can help reduce pain and swelling. Acetaminophen can help relieve pain. Use these only as directed.

- Exercises can relax muscles and prevent stiffness. To prepare, drape a warm, wet towel around your neck and shoulders for 5 minutes. Remove the towel. Then do any exercises recommended to you by your health care provider.

| | |
|---|---|
| STAH EMERGENCY DEPARTMENT<br>4608 Highway 1<br>Raceland LA 70394-2623<br>ED Record | Daggs, Joseph<br>MRN: 2903971, DOB: 10/21/1981, Sex: M<br>Acct #: 71000088125<br>Adm: 12/3/2014 |

## Physical Therapy

If self-care treatments aren't helping relieve neck pain, your health care provider may suggest one or more sessions of physical therapy. Physical therapy is performed by a specialist trained to treat injuries. Your physical therapist (PT) will teach you how to strengthen muscles, improve the spine's alignment, and help you move properly. Treatment methods used in physical therapy may include:

- Heat. A special heating pad called a neck pack may be applied to your neck.

- Exercises. Your PT will teach you exercises to help strengthen your neck and improve its range of motion.

- Joint mobilization. The PT gently moves your vertebrae to help restore motion in your neck joints and reduce neck pain.

- Soft tissue mobilization. The PT massages and stretches the muscles in your neck and shoulders.

- Electrical stimulation. Electrical impulses are sent into your neck. This helps reduce soreness and inflammation.

- Education in body mechanics. The PT shows you ways to position and move your body that protect the neck.

## Other Treatments

If physical therapy doesn't relieve your neck pain, your health care provider may suggest other treatments. For example, medications or injections can help relieve pain and swelling. In some cases, surgery may be needed to treat neck problems.

© 2000-2014 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# Neck Sprain Or Strain

A sudden force that causes turning or bending of the neck (such as in a car accident) can stretch or tear muscles (strain) and ligaments (sprain) and cause neck pain. Sometimes neck pain occurs after a simple awkward movement. In either case, muscle spasm is commonly present and contributes to the pain.



Unless you had a forceful physical injury (for example, a car accident or fall), X-rays are usually not ordered for the initial evaluation of neck pain. If pain continues and dose not respond to medical treatment, X-rays and other tests may be performed at a later time.

## Home care

The following guidelines will help you care for your injury at home:

Generated on 12/7/18 10:22 AM

| | |
|---|---|
| STAH EMERGENCY DEPARTMENT<br>4608 Highway 1<br>Raceland LA 70394-2623<br>ED Record | Daggs, Joseph<br>MRN: 2903971, DOB: 10/21/1981, Sex: M<br>Acct #: 71000088125<br>Adm: 12/3/2014 |

- You may feel more soreness and spasm the first few days after the injury. Reduce your activity level until symptoms begin to improve.

- When lying down, use a comfortable pillow that supports the head and keeps the spine in a neutral position. The position of the head should not be tilted forward or backward.

- Use ice packs (ice in a plastic bag, wrapped in a towel) to treat acute pain. Apply for 20 minutes every 2–4 hours during the first two days. Then, begin local heat (hot shower, hot bath or heating pad) and massage to reduce muscle spasm. Some patients feel best alternating hot and cold treatments, or just staying with one method only. Do what feels the best to you and gives the most relief.

- You may use acetaminophen or ibuprofen to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.

# Follow-up care

Follow up with your physician or this facility if your symptoms do not show signs of improvement. Physical therapy may be needed.

If you had X-rays today, they didn't show any broken bones, breaks, or fractures. Sometimes fractures don't show up on the first X-ray. Bruises and sprains can sometimes hurt as much as a fracture. These injuries can take time to heal completely. If your symptoms don't improve or they get worse, talk with your doctor. You may need a repeat X-ray.

# When to seek medical care

Get prompt medical attention if any of the following occur:

- Pain becomes worse or spreads into your arms

- Weakness or numbness in one or both arms

© 2000-2014 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

| STAH EMERGENCY DEPARTMENT<br>4608 Highway 1<br>Raceland LA 70394-2623<br>ED Record | Daggs, Joseph<br>MRN: 2903971, DOB: 10/21/1981, Sex: M<br>Acct #: 71000088125<br>Adm: 12/3/2014 |
|---|---|

**Follow-up Information**

None

## Flowsheets (all recorded)

**Charge Review Complete - Fri December 05, 2014**

Row Name

Charge Review Complete

| Facility Complete | Facility Coding Complete -BG |