
## OUR LADY OF THE LAKE
REGIONAL MEDICAL CENTER
*Franciscan Missionaries of Our Lady Health System*

Date: 5/6/2019
Patient: Joseph Doggs
Date of Birth: 10/21/1981
Medical Record #: 1722118
Date of Service: All Medical Records

To Whom It May Concern:

This is to certify that these are true and exact copies of medical records described in the request/subpoena for the above named patient. The enclosed records were prepared by hospital personnel at or near the time of the patient's hospitalization.

The records may have been reproduced from microfilm, therefore the quality cannot be guaranteed.

Should you need additional assistance, please contact the Health Information Management Department at (225) 765-8541.

Sincerely,

*Rachelle Arabie-Wells*
Rachelle J. Arabie-Wells, RHIA
Our Lady of the Lake Regional Medical Center
Custodian of Medical Records
5000 Hennessy Blvd.
Baton Rouge, LA 70808
(225)765 8541

**EXHIBIT F**

| | |
|---|---|
| ePCR - Patient Status | 4 |
| ePCR - Was your patient admitted to the hospital? | Unknown |
| Patient Info: Last Name - Is This Patient A Veteran? | No |
| Patient Info: Last Name - Is This An Employment Related Accident? | No |

MVA Documentation - Mechanism of Injury
Drivers Name: joseph daggs
Forces Involved: Moderate

### Narrative History Text:
FOUND PT IN BACK OF EMS UNIT WITH C COLLAR LSB. PT STATED HE WAS HIT FROM REAR NO LOC. PT STATED THAT HE GOT OUT OF CAR AFTER WRECK

Auth Signature: Yes  Privacy Sig: Yes  Unable to Sign: No  Refused to Sign: No

### Signature Image(s):

Authorization Signature - JOSEPH DAGGS - 12/09/2014 12:08

Privacy Notice Signature - JOSEPH DAGGS - 12/09/2014 12:08

Receiving RN / MD Signature - kelly m - 12/09/2014 12:15

Technician Signature - Perkins, Ronald - 12/09/2014 12:57

On Scene Condition Code: 293.1 (Safety - danger to self or others - monitoring)



098324114-0700
DAGGS, JOSEPH
10/21/1981        M/33 Years
Emergency         12/09/2014  ECU -

Patient Name: DAGGS, JOSEPH  
Patient Type: Emergency  
FIN#: 098324114-0700  
MRN#: 098324114  
Patient Location/Type: EFT1  

DOB: 10/21/1981  
Admit Date: 12/9/2014  
Discharge Date: 12/9/2014  

Age: 33 years  
Sex: Male  

## Orders

**Order: Gilead Study Screen**
Order Date/Time: 12/9/2014 12:16 CST
Order Status: Discontinued
Ordering Physician: Lambert MD,Erin
Entered By: Brignac RN ,Katie R on 12/9/2014 12:37 CST
Order Details: Stat/Now
Order Comment: Ordered by Discern Expert based on nursing documentation.

**Order: XR Cervical Spine Survey 2 or 3V**
Order Date/Time: 12/9/2014 12:44 CST
Order Status: Completed
Ordering Physician: Lambert MD,Erin
Entered By: Hayden MD,Robert F on 12/9/2014 14:14 CST
Order Details: Stat/Now, 12/09/14 12:44:00, Other, See Rad Communication, mva, No, Rad Type
Order Comment:

**Order: XR Lumbar Spine Survey 2 or 3V**
Order Date/Time: 12/9/2014 12:44 CST
Order Status: Completed
Ordering Physician: Lambert MD,Erin
Entered By: Hayden MD,Robert F on 12/9/2014 14:16 CST
Order Details: Stat/Now, 12/09/14 12:44:00, Other, See Rad Communication, mva, No, Rad Type
Order Comment:

**Order: XR Shoulder Left min 2V**
Order Date/Time: 12/9/2014 12:44 CST
Order Status: Completed
Ordering Physician: Lambert MD,Erin
Entered By: Hayden MD,Robert F on 12/9/2014 14:16 CST
Order Details: Stat/Now, 12/09/14 12:44:00, Other, See Rad Communication, mva, No, Rad Type
Order Comment:

Patient Name: DAGGS, JOSEPH　　　　DOB: 10/21/1981　　　　Age: 33 years
Patient Type: Emergency　　　　　　 Admit Date:　　12/9/2014　　Sex: Male
FIN#: 098324114-0700　　　　　　　 Discharge Date:　12/9/2014
MRN#: 098324114
Patient Location/Type: EFT1

## Orders - Medications

**Order: albuterol (Albuterol Inhaler)**
Order Date/Time: 12/9/2014 12:41 CST
Order Status: Documented　　　　　　　　　　　Medication Type: Documented
Ordering Physician:
Entered By: Brignac RN ,Katie R on 12/9/2014 12:41 CST
Order Details: 0 Refill(s)
Order Comment:
Action Type: Compliance　　　　　　　　　　　Action Date/Time: 12/9/2014 12:41 CST
Compliance Information:
**Status:** Still taking, as prescribed; **Information source:** Patient

**Order: acetaminophen-hydrocodone (Norco 325 mg-7.5 mg oral tablet)**
Order Date/Time: 12/9/2014 13:48 CST
Order Status: Prescribed　　　　　　　　　　　Medication Type: Prescription
Ordering Physician: Lambert MD,Erin
Entered By: Mondello PA ,Kelly C on 12/9/2014 13:48 CST
Order Details: 1 tablets, PO, Q4H, PRN: for pain, # 12 tablets, 0 Refill(s), 0, Print Requisition
Order Comment:

**Order: methocarbamol (Robaxin 500 mg oral tablet)**
Order Date/Time: 12/9/2014 13:48 CST
Order Status: Completed　　　　　　　　　　　Medication Type: Prescription
Ordering Physician: Lambert MD,Erin
Entered By: SYSTEM on 12/14/2014 14:01 CST
Order Details: 500 mg = 1 tablets, PO, QID, X 5 days, # 20 tablets, 0 Refill(s), 0, Stop on: 12/14/14 13:48:00, Print Requisition
Order Comment:

Patient Name: DAGGS, JOSEPH  DOB: 10/21/1981  Age: 33 years
Patient Type: Emergency  Admit Date: 12/9/2014  Sex: Male
FIN#: 098324114-0700  Discharge Date: 12/9/2014
MRN#: 098324114
Patient Location/Type: EFT1

## Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| DX-14-363329 | 12/9/2014 12:53 CST | XR Shoulder Left min 2V | Lambert MD, Erin | Auth (Verified) |

**READ**
XR Shoulder Left min 2V

Clinical history of motor vehicle accident with pain. 3 views.

No fracture or dislocation is detected. No foreign body or soft tissue gas is noted.

IMPRESSION:

No acute abnormality identified.

*************** FINAL ***************

*Transcribed By: RFH*
*Transcribed Date/Time: 09-DEC-2014 14:12*

*Electronically Signed By: Hayden MD, Robert F*
*Proxied for: Hayden MD, Robert F*

*Signed Date/Time: 09-DEC-2014 14:13*

**Technical Comments**
Was Iodinated IV Contrast Used? (excluding gastroview) No

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| DX-14-363328 | 12/9/2014 12:53 CST | XR Cervical Spine Survey 2 or 3V | Lambert MD, Erin | Auth (Verified) |

**Reason For Exam**
(XR Cervical Spine Survey 2 or 3V) Other, See Rad Communication

**READ**
XR Cervical Spine Survey 2 or 3V

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: DAGGS, JOSEPH
Patient Type: Emergency
FIN#: 098324114-0700
MRN#: 098324114
Patient Location/Type: EFT1

DOB: 10/21/1981
Admit Date: 12/9/2014
Discharge Date: 12/9/2014

Age: 33 years
Sex: Male

## Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| DX-14-363328 | 12/9/2014 12:53 CST | XR Cervical Spine Survey 2 or 3V | Lambert MD, Erin | Auth (Verified) |

**READ**
Clinical history of motor vehicle accident.

The cervical vertebral bodies are grossly normal in height and alignment. There is a ossification anterior to the C1-2 articulation which is likely ligamentous but I cannot exclude a bone fragment. If there is pain or continued clinical concern then CT of the cervical spine is suggested.

****************** FINAL ******************

Transcribed By: RFH
Transcribed Date/Time: 09-DEC-2014 14:10

Electronically Signed By: Hayden MD, Robert F
Proxied for: Hayden MD, Robert F

Signed Date/Time: 09-DEC-2014 14:11

**Technical Comments**
Was Iodinated IV Contrast Used? (excluding gastroview) No

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| DX-14-363330 | 12/9/2014 12:53 CST | XR Lumbar Spine Survey 2 or 3V | Lambert MD, Erin | Auth (Verified) |

**Reason For Exam**
(XR Lumbar Spine Survey 2 or 3V) Other, See Rad Communication

**READ**
XR Lumbar Spine Survey 2 or 3V

Clinical history of motor vehicle accident with pain. 3 views.

The vertebral bodies are grossly normal in height and alignment. Intervertebral disc heights are well-maintained. No fracture or subluxation is noted. No significant arthritic

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: DAGGS, JOSEPH  
Patient Type: Emergency  
FIN#: 098324114-0700  
MRN#: 098324114  
Patient Location/Type: EFT1  

DOB: 10/21/1981  
Admit Date: 12/9/2014  
Discharge Date: 12/9/2014  

Age: 33 years  
Sex: Male  

## Radiology

| ACCESSION | EXAM DATE/TIME | PROCEDURE | ORDERING PROVIDER | STATUS |
|---|---|---|---|---|
| DX-14-363330 | 12/9/2014 12:53 CST | XR Lumbar Spine Survey 2 or 3V | Lambert MD, Erin | Auth (Verified) |

**READ**
changes are detected.

IMPRESSION:

No significant abnormality identified.

*************** FINAL ***************

*Transcribed By: RFH*  
*Transcribed Date/Time: 09-DEC-2014 14:13*

*Electronically Signed By: Hayden MD, Robert F*  
*Proxied for: Hayden MD, Robert F*

*Signed Date/Time: 09-DEC-2014 14:13*

**Technical Comments**
Was Iodinated IV Contrast Used? (excluding gastroview) No

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: DAGGS, JOSEPH
Patient Type: Emergency
FIN#: 098324114-0700
MRN#: 098324114
Patient Location/Type: EFT1

DOB: 10/21/1981
Admit Date: 12/9/2014
Discharge Date: 12/9/2014

Age: 33 years
Sex: Male

## ED Record

*BMI Calculated* : 31

Laurence RN, Kelly M - 12/09/2014 12:14

**Pain Assessment ED STE- Opt**
*Pain assessment method* : Patient stated
*Pain scale (stated)* : 6

Laurence RN, Kelly M - 12/09/2014 12:14

**Image 3 -** Images currently included in the form version of this document have not been included in the text rendition version of the form.

**Allergies ED**

(As Of: 12/09/2014 12:16:51 CST)

Allergies (Active)
NKA

*Estimated Onset Date:* Unspecified ; *Created By:* Laurence RN, Kelly M; *Reaction Status:* Active ; *Category:* Drug ; *Substance:* NKA ; *Type:* Allergy ; *Updated By:* Laurence RN, Kelly M; *Reviewed Date:* 12/09/2014 12:16

**ESI**
*ESI Level 1:* No
*ESI Level 2:* No
*ESI Level 3:* One

Laurence RN, Kelly M - 12/09/2014 12:14

DCP GENERIC CODE
*Visit Reason :* Medical Emergency
*Triage Assessment Date/Time :* 12/09/2014 12:16
*Tracking Reg. Status :* Requested
*Acuity Level :* 4
*Tracking Group :* OLOL ED Tracking

Laurence RN, Kelly M - 12/09/2014 12:14

*Recommended ESI Level :* 4

Laurence RN, Kelly M - 12/09/2014 12:14

**Past Medical History**

(As Of: 12/09/2014 12:16:51 CST)

Problems(Active)
Asthma (SNOMED CT :301485011 )

*Name of Problem:* Asthma ; *Recorder:* Laurence RN, Kelly M; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 301485011 ; *Contributor System:* PowerChart ; *Last Updated:* 12/09/2014 12:16 ; *Life Cycle Date:* 12/09/2014 ; *Life Cycle Status:* Active ; *Vocabulary:* SNOMED CT

**Opt Procedure History**

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: DAGGS, JOSEPH
Patient Type: Emergency
FIN#: 098324114-0700
MRN#: 098324114
Patient Location/Type: EFT1

DOB: 10/21/1981
Admit Date: 12/9/2014
Discharge Date: 12/9/2014

Age: 33 years
Sex: Male

*ED Record*

Procedure History

(As Of: 12/09/2014 12:16:51 CST)

DOCUMENT NAME: ED Clinical Summary
SERVICE DATE/TIME: 12/9/2014 13:56 CST
RESULT STATUS: Modified
PERFORM INFORMATION: Brignac RN ,Katie R (12/9/2014 13:56 CST)
SIGN INFORMATION: Brignac RN ,Katie R (12/9/2014 13:56 CST); Mondello PA , Kelly C (12/9/2014 13:49 CST)

**ED Clinical Summary**

**Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398
(225) 765-6565**

**Current Date/ Time: 12/09/2014 13:56:26
Visit Summary For JOSEPH DAGGS**
We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

**Age:** 33 years   **Sex:** Male   **DOB:** 10/21/1981   **MRN:** 98324114
**Address:** 236 BROCATO LANE Raceland, LA 70394
**Home:** (985) 413-4755   **Work:** --   **Mobile:** --
**Primary Care Provider:** --
**Race:** Black/African American   **Ethnicity:** Not Hispanic or Latino
**Language:** English
**Health Plan:** --
**Arrival:** 12/09/2014 12:14 PM
**Visit Reason:** Motor vehicle crash - minor; Motor Vehicle Collision
**Diagnoses This Visit**
    Motor vehicle crash - minor (1ADC1D2F-C5EC-4E98-A1A5-0DD0EE182AD0)
    MVA (motor vehicle accident) (E819.9)
**Acuity:** 4

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: DAGGS, JOSEPH
Patient Type: Emergency
FIN#: 098324114-0700
MRN#: 098324114
Patient Location/Type: EFT1

DOB: 10/21/1981
Admit Date: 12/9/2014
Discharge Date: 12/9/2014

Age: 33 years
Sex: Male

## ED Record

**Length of Stay:** 000 01:39
**Referring Physician:**
**PCP:**
**Follow up:**

| With: | Address: | When: |
|---|---|---|
| Capitol City Family Health Center | 3140 Florida Blvd Baton Rouge, LA 70806 (225) 650-2000 Business (1) | Within 3 to 5 days |

**Comments:**
Return to ED if worse in any way

**Follow Up Physician Phone Number:**

| With: | Follow up Phone |
|---|---|
| Capitol City Family Health Center | (225) 650-2000 Business (1); |

**Care team for this encounter**

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Brignac RN, Katie R | Primary Nurse | 12/09/2014 12:29 PM | |
| Mondello PA, Kelly C | Resident/MLP | 12/09/2014 12:34 PM | |

| Vital Signs | Triage |
|---|---|
| Temp | 99.4 degF |
| O2 Sat | 95 % |
| Resp Rate | 18 breaths/min |
| Pulse Rate | 84 bpm |
| Blood Pressure | 129 mmHg / 76 mmHg |

| Vital Signs | Most Recent |
|---|---|
| Temp | 99.4 degF |
| O2 Sat | 95 % |
| Resp Rate | 17 breaths/min |
| Pulse Rate | 79 bpm |

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: DAGGS, JOSEPH
Patient Type: Emergency
FIN#: 098324114-0700
MRN#: 098324114
Patient Location/Type: EFT1

DOB: 10/21/1981
Admit Date: 12/9/2014
Discharge Date: 12/9/2014

Age: 33 years
Sex: Male

## ED Record

**Blood Pressure** 158 mmHg / 90 mmHg
**Height** 180.3 cm
**Weight** 100.2 kg
**BMI Calculated** 31
**Smoking Status** Never smoker
**Problems**
  **Active**
    Asthma
**Past Medical/ Family/ Social History**
  Problem/Medical History list:
    All Problems
      Asthma / SNOMED CT 301485011 / Confirmed.
  Surgical history: Surgical history
    No active procedure history items have been selected or recorded..
ORDERS INFORMATION

| Start Time | Order | Type | Status | Stop Time | Provider |
|---|---|---|---|---|---|
| 12/09/2014 12:44 PM | XR Cervical Spine Survey 2 or 3V | Radiology | Ordered | 12/09/2014 12:44 PM | Lambert MD, Erin |
| 12/09/2014 12:44 PM | XR Shoulder Left min 2V | Radiology | Ordered | 12/09/2014 12:44 PM | Lambert MD, Erin |
| 12/09/2014 12:44 PM | XR Lumbar Spine Survey 2 or 3V | Radiology | Ordered | 12/09/2014 12:44 PM | Lambert MD, Erin |
| 12/09/2014 12:16 PM | Gilead Study Screen | Laboratory | Discontinued | 12/09/2014 12:37 PM | Lambert MD, Erin |

**Medication Given:**

**Procedures**
  No Procedures Documented
**Immunizations**
  No Immunizations Documented This Visit
**Laboratory or Other Results This Visit** (last charted value for your 12/09/2014 visit)
  No Laboratory or Other Results This Visit

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

| | | |
|---|---|---|
| Patient Name: DAGGS, JOSEPH | DOB: 10/21/1981 | Age: 33 years |
| Patient Type: Emergency | Admit Date: 12/9/2014 | Sex: Male |
| FIN#: 098324114-0700 | Discharge Date: 12/9/2014 | |
| MRN#: 098324114 | | |
| Patient Location/Type: EFT1 | | |

## ED Record

## DISCHARGE INFORMATION
**Discharge Disposition:** Home from ER
**Discharge Location:**
**Discharge instructions**
Motor Vehicle Collision
### Care plan field, including goals and instructions
Impression and Plan

MVA (motor vehicle accident) (ICD9 E819.9, Discharge, Medical)
Plan
  Condition: Stable.
  Disposition: Discharged: Time 12/09/14 13:47:00, to home.
  Prescriptions: Discharge Med Rec/Prescriptions
  Pharmacy:
    Robaxin 500 mg oral tablet (Prescribe): 500 mg = 1 tablets, PO, QID, X 5 days, # 20 tablets, 0 Refill(s), 0, Stop on: 12/14/14 13:48:00, Print Requisition
    Norco 325 mg-7.5 mg oral tablet (Prescribe): 1 tablets, PO, Q4H, PRN: for pain, # 12 tablets, 0 Refill(s), 0, Print Requisition, Med Rec completed.
  Patient was given the following educational materials: Motor Vehicle Collision.
  Follow up with: Capitol City Family Health Center Within 3 to 5 days Return to ED if worse in any way.
  Counseled: Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription, Patient Indicated understanding of instructions.
  Notes: attending physician, Dr. E. Lambert.

## Allergies
NKA

## Current Med List

**acetaminophen-hydrocodone (Norco 325 mg-7.5 mg oral tablet)** 1 tablets, By Mouth, Every Four Hours, As Needed, for pain, Refills: 0

**albuterol (Albuterol Inhaler)** , Refills: 0

**methocarbamol (Robaxin 500 mg oral tablet)** 1 tablets, By Mouth, Four Times Daily, 5 days, Refills: 0

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: DAGGS, JOSEPH  DOB: 10/21/1981  Age: 33 years
Patient Type: Emergency  Admit Date: 12/9/2014  Sex: Male
FIN#: 098324114-0700  Discharge Date: 12/9/2014
MRN#: 098324114
Patient Location/Type: EFT1

## Depart Summary

DOCUMENT NAME:  ED Pat Education
SERVICE DATE/TIME:  12/9/2014 13:56 CST
RESULT STATUS:  Auth (Verified)
PERFORM INFORMATION:  Brignac RN ,Katie R (12/9/2014 13:56 CST)
SIGN INFORMATION:  Brignac RN ,Katie R (12/9/2014 13:56 CST)

**ED Pat Education**

# Emergency Department Discharge Instructions

Current Date: 12/09/2014 13:56:29

Name: JOSEPH DAGGS  DOB: 10/21/1981
Address: 236 BROCATO LANE Raceland LA 70394

Phone: (985) 413-4755  MRN: 098324114
Visit Date: 12/09/2014 12:14:00

You were evaluated and treated in the Emergency Department by Physician:

**Diagnosis/Education Material**
Family Medicine
  Motor Vehicle Collision

We would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

**Follow-Up Instructions**
JOSEPH DAGGS has been given these follow-up instructions:

| Follow Up With: | Where: | When: |
|---|---|---|
| Capitol City Family Health Center | 3140 Florida Blvd<br>Baton Rouge, LA 70806<br>(225) 650-2000 Business (1) | Within 3 to 5 days |

**Comments:**
Return to ED if worse in any way

**Prescriptions**

GOL0722

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: DAGGS, JOSEPH  DOB: 10/21/1981  Age: 33 years
Patient Type: Emergency  Admit Date: 12/9/2014  Sex: Male
FIN#: 098324114-0700  Discharge Date: 12/9/2014
MRN#: 098324114
Patient Location/Type: EFT1

---
*Depart Summary*
---

acetaminophen-hydrocodone (Norco 325 mg-7.5 mg oral tablet): 1 tablets, By Mouth, Every Four Hours

methocarbamol (Robaxin 500 mg oral tablet): 500 mg, By Mouth, Four Times Daily

You are advised to seek follow up care for your illness/injury with your primary/personal physician. If you are being referred to a physician (or clinic) for follow-up care, call for your appointment and please indicate that you were referred by this Emergency Department.

**Patient Education Materials**

JOSEPH DAGGS has been given the following patient education materials:

Family Medicine

# Motor Vehicle Collision

It is common to have multiple bruises and sore muscles after a motor vehicle collision (MVC). These tend to feel worse for the first 24 hours. You may have the most stiffness and soreness over the first several hours. You may also feel worse when you wake up the first morning after your collision. After this point, you will usually begin to improve with each day. The speed of improvement often depends on the severity of the collision, the number of injuries, and the location and nature of these injuries.

HOME CARE INSTRUCTIONS
• Put ice on the injured area.
—Put ice in a plastic bag.
—Place a towel between your skin and the bag.
—Leave the ice on for 15 to 20 minutes, 3 to 4 times a day.
• Drink enough fluids to keep your urine clear or pale yellow. **Do not drink alcohol.**
• Take a warm shower or bath once or twice a day. This will increase blood flow to sore muscles.
• You may return to activities as directed by your caregiver. Be careful when lifting, as this may aggravate neck or back pain.
• Only take over-the-counter or prescription medicines for pain, discomfort, or fever as directed by your caregiver. **Do not use aspirin.** This may increase bruising and bleeding.

SEEK IMMEDIATE MEDICAL CARE IF:

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: DAGGS, JOSEPH          DOB: 10/21/1981           Age: 33 years
Patient Type: Emergency              Admit Date: 12/9/2014      Sex: Male
FIN#: 098324114-0700                 Discharge Date: 12/9/2014
MRN#: 098324114
Patient Location/Type: EFT1

## Depart Summary

- You have numbness, tingling, or weakness in the arms or legs.
- You develop severe headaches not relieved with medicine.
- You have severe neck pain, especially tenderness in the middle of the back of your neck.
- You have changes in bowel or bladder control.
- There is increasing pain in any area of the body.
- You have shortness of breath, lightheadedness, dizziness, or fainting.
- You have chest pain.
- You feel sick to your stomach (*nauseous*), throw up (*vomit*), or sweat.
- You have increasing abdominal discomfort.
- There is blood in your urine, stool, or vomit.
- You have pain in your shoulder (shoulder strap areas).
- You feel your symptoms are getting worse.

MAKE SURE YOU:
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Document Released: 12/18/2006  Document Revised: 03/11/2013  Document Reviewed: 05/16/2012
ExitCare® Patient Information ©2013 ExitCare, LLC.

---

DOCUMENT NAME:                       ED Pat Education
SERVICE DATE/TIME:                   12/9/2014 13:49 CST
RESULT STATUS:                       Auth (Verified)
PERFORM INFORMATION:                 Mondello PA ,Kelly C (12/9/2014 13:49 CST)
SIGN INFORMATION:                    Mondello PA ,Kelly C (12/9/2014 13:49 CST)

**ED Pat Education**

# Emergency Department Discharge Instructions

**Current Date:** 12/09/14 13:49:40

**Name:** JOSEPH DAGGS                          **DOB:** 10/21/81
**Address:** 236 BROCATO LANE Raceland LA 70394

**Phone:** (985) 413-4755                       **MRN:** 098324114

Our Lady of the Lake Regional Medical Center
5000 Hennessy Boulevard
Baton Rouge, LA 70808-4398

Patient Name: DAGGS, JOSEPH  DOB: 10/21/1981  Age: 33 years
Patient Type: Emergency  Admit Date: 12/9/2014  Sex: Male
FIN#: 098324114-0700  Discharge Date: 12/9/2014
MRN#: 098324114
Patient Location/Type: EFT1

## Depart Summary

**Visit Date:** 12/09/14 12:14:00

You were evaluated and treated in the Emergency Department by Physician:

### Diagnosis/Education Material
Family Medicine
  Motor Vehicle Collision

We would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

### Follow-Up Instructions
**JOSEPH DAGGS has been given these follow-up instructions:**

| Follow Up With: | Where: | When: |
|---|---|---|
| Capitol City Family Health Center | 3140 Florida Blvd<br>Baton Rouge, LA 70806<br>(225) 650-2000 Business (1) | Within 3 to 5 days |

**Comments:**
Return to ED if worse in any way

### Prescriptions

acetaminophen-hydrocodone (Norco 325 mg-7.5 mg oral tablet); 1 tablets, By Mouth, Every Four Hours

methocarbamol (Robaxin 500 mg oral tablet); 500 mg, By Mouth, Four Times Daily

You are advised to seek follow up care for your illness/injury with your primary/personal physician. If you are being referred to a physician (or clinic) for follow-up care, call for your appointment and please indicate that you were referred by this Emergency Department.

### Patient Education Materials

**JOSEPH DAGGS has been given the following patient education materials:**