

MATHERNE
Chiropractic
Family Wellness Center

**CERTIFICATION**

FROM: Custodian of Medical and X-ray Records
Matherne Chiropractic Family Wellness Center
4777 Highway 1
Raceland, Louisiana 70394
Post Office Box 70
Mathews, Louisiana 70375

RE: **Patient: Joseph Daggs**
**Date of Birth:** [redacted]

I hereby **certify** that the attached records are complete and accurate copies (27 pages) of the records pertaining to **Joseph Daggs** which records represent the totality of information on **Joseph Daggs** in the custody of the undersigned health care provider, **Matherne Chiropractic Family Wellness Center** and medical records custodian of said health care provider.

Matherne Chiropractic, LLC
dba Matherne Chiropractic Family Wellness Center

BY: [signature]
Karen Matherne

DATE: April 24, 2019

EXHIBIT
G



Nicholas J. Arcement, D. C. Heath M. Matherne, D. C.

Lance P. Baye, D. C.

Last Daggs First Joseph Middle Dallis

Home Phone [redacted] Cell [redacted] Circle: Male / Female

Mailing Address [redacted] City [redacted] State La Zip [redacted]

S.S. # [redacted] Birthdate [redacted] Age 33

Circle One: Minor (Single) Married Divorced Widowed Separated

Patient's or Parent's Employer Pioneer Production Occupation Lead Rigger

Business Address ________ PH. # (985) 653-5960

Name of Spouse ________ D.O.B # ________

Spouse's Employer ________ Phone ________

Name and phone number of two relatives not living with you: [redacted]

Carolyn Joseph, Joseph Noel [redacted]

Whom may we thank for referring you? ________

Who is responsible for this account? ________

What are your main problems (pains)? Back, Left Shoulder, Right leg

What other health care have you received for this problem? ________

Date of accident / Beginning of illness 12/9/14 Hour 11:21 (A.M.) ____ P.M.

Location of accident: Highland Parkins Road Baton Rouge La

How did it occur? Auto collision: ✓ On the job: ___ Other: ________

Please describe the circumstances: Hit from the passenger Rear

Have you lost time from work? Yes Dates: 8 days

Do you have a pacemaker? Yes (No) Smoke? (Yes) No

Surgical screws / Metal rods? Yes (No) If yes, where? ________

**FEMALE:** Pregnant ____ Nursing ____ # and ages of children: ________

Is this case covered by insurance? ________ Please present your card at the front desk to be photocopied. Thank You!

It should be known to the patients of Nicholas J. Arcement, D.C. and Heath M. Matherne, D.C. that the doctors have a financial interest in the Imaging Center of South Louisiana. I understand and agree that health and accident insurance policies are an arrangement between an insurance carrier and me. Furthermore, I understand that this office will prepare any necessary reports and forms to assist me in making collection from the insurance company and that any amount authorized to be paid directly to this office will be credited to my account upon receipt. However, I clearly understand and agree that all services rendered to me are charged directly to me and that I am personally responsible for payment. Should this account be submitted to collections, I will be responsible for all collection fees.

SIGNATURE: [signature] DATE: 12/18/2014

Please indicate below your experience by using one of the following codes

1 - NEVER had 2 - PREVIOUSLY had 3 - PRESENTLY have

**MUSCULO-SKELETAL CODE:**

1 Low back problems
____ Pain between shoulders
____ Neck problems
____ Arm problems
1 Leg problems
____ Swollen joints
____ Painful joints
____ Stiff joints
1 Sore muscles
1 Walking problems
____ Weak muscles
____ Ruptures
____ Broken bones

**GENITO-URINARY CODE:**

____ Bladder trouble
____ Excessive urination
____ Scanty urination
____ Painful urination
____ Discolored urination

**FEMALE CODE:**

____ Vaginal discharge
____ Vaginal bleeding
____ Vaginal pain
____ Breast pain
____ Lump on breast

**GASTRO-INTESTINAL CODE:**

____ Poor appetite
____ Excessive hunger
____ Difficulty chewing
____ Excessive thirst
____ Nausea
____ Vomiting food
____ Diarrhea
____ Constipation
____ Black stool
____ Hemorrhoids
____ Liver trouble
____ Gall bladder problems
____ Weight trouble

**NERVOUS SYSTEM CODE:**

____ Numbness
____ Paralysis
____ Dizziness
____ Fainting
1 Headaches
____ Muscle jerking
____ Convulsions
____ Forgetfulness
____ Confusion
____ Depression

**CARDIO-VASCULAR RESPIRATORY CODE:**

____ Chest pain
____ Difficulty breathing
____ Persistent coughing
____ Coughing phlegm
____ Rapid heartbeat
____ Blood pressure problems
____ Heart problems
____ Lung problems
____ Varicose veins

**EYE, EAR, NOSE AND THROAT CODE:**

____ Eye strain
____ Eye inflammation
____ Vision problems
____ Ear pain
____ Ear noises
____ Hearing loss
____ Ear discharge
____ Nose pain
____ Nose bleeding or discharge
____ Difficulty breathing through nose
____ Sore gums or mouth
____ Dental problems
____ Hoarseness
____ Difficult speech

Childhood diseases: ____

Complications: ____

Prior surgery: ____

Medication presently taking: ____

Previous accidents: ____

**X-RAY CONSENT AGREEMENT:**

I, [handwritten name], do hereby give my consent to Chiropractic Wellness Clinic and its representatives to take x-rays as deemed appropriate by the examining Doctor of Chiropractic. I also hereby declare that, to my knowledge, I am not pregnant.

SIGNATURE: [signature] DATE: 12-18-14

GOL 0662



Chiropractic
wellness clinic

Nicholas J. Arcement, D. C. Heath M. Matherne, D. C.
Lance P. Baye, D. C.

NAME: Joseph D. Daggs DATE: DEC 18 2014

Pain Relief Chiro Chiro/Rehab Chiro/Nutrition Chiro/Rehab w/Nutrition

**Treatment Plan (D.C.)**

I - QD for ____ wks.
P - 3 per week for 3 wks.
A1 - 3 per week for ____ wks.
A2 - 2 per week for 2 wks.
A3 - 2 per week for ____ wks.
T1 - 1 per week for 2 wks.
T2 - 2 per month for 1 mths.
M - 1 monthly

**Diagnosis**

1. LSS
2. PSS
3. SSS
4. (L) Sh. SS
5. ____
6. ____

**Treatment Protocol**

TXN ____
T Roll ____
WC ____
VT-C ____
VT-L ____
STIM ____
US ____
DECOMP ____
SPINULATOR ____

**Home Care**

Stretches ____
Strengthening ____
4 Steps ____ ____ ____ ____
TA ____ ____
2 x 2 's ____
TXN ____
T-Roll ____
Wobble Chair ____
Orthotics ____
Heel Lifts ____
CSP Pillow ____
Weights ____

NW

**Miscellaneous**

**Nutrition**

GOL 0645



Chiropractic
wellness clinic

Nicholas J. Arcement, D. C. Heath M. Matherne, D. C.
Lance P. Baye, D. C.

NAME: Joseph D. Daggs DATE: DEC 1 8 2014

**Treatment Protocol**

| | |
|---|---|
| ADJ ONLY | |
| (STIM) | 1-150 LBP |
| (HEAT) / ICE | |
| US | |
| JEANIE RUB | |
| BIOFREEZE | |
| TXN | |
| T Roll | |
| WC | |
| VT-C | |
| VT-L | |
| DECOMP | |
| (SPINULATOR) | |
| HW | |
| SW | |
| HIP W | |
| A1 | |
| A2 | |
| A3 | |

Lg. Pads

| | |
|---|---|
| PREGNANT | |
| PACEMAKER | |
| SURGICAL SCREWS/PLATES | |
| METAL RODS | |

**Miscellaneous**

Chiropractic wellness clinic

Nicholas J. Arcement, D.C.

[illegible]

[illegible], D.C.

Auto 12/3/14

PATIENT NAME: Joseph D. Doggs CASE# [redacted]

AREAS OF COMPLAINT IN ORDER OF SEVERITY: 0 = No Discomfort 10 = Extreme Discomfort

SUBJECTIVE DATE: DEC 1 8 2014

1. [illegible] 0 1 2 3 4 5 6 7 8 9 10 4. ______ 0 1 2 3 4 5 6 7 8 9 10
2. [illegible] 0 1 2 3 4 5 6 7 8 9 10 5. ______ 0 1 2 3 4 5 6 7 8 9 10
3. [illegible] 0 1 2 3 4 5 6 7 8 9 10 6. ______ 0 1 2 3 4 5 6 7 8 9 10

[illegible] changed or occurred since your last visit?

OBJECTIVE

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 [illegible] LI LM

ROM: Decreased Increased WNL

Muscles: Spasmodic TP Weak TT WNL

ASSESS: Improving Slight Improvement No Change Worse

PLAN: Cont as prescribed Change Refer

[illegible] C D [illegible] I U ____ (TE ____ TA ____ wo tr tm pir ec fx)

RE-EX ____ EX X ____ VT-C ____ VT-L ____ S ____

SUBJECTIVE DATE: DEC [illegible] 2014

1. [illegible] 0 1 2 3 4 5 6 7 8 9 10 4. ______ 0 1 2 3 4 5 6 7 8 9 10
2. [illegible] 0 1 2 3 4 5 6 7 8 9 10 5. ______ 0 1 2 3 4 5 6 7 8 9 10
3. [illegible] Numbness 0 1 2 3 4 5 6 7 8 9 10 6. ______ 0 1 2 3 4 5 6 7 8 9 10

[illegible] changed or occurred since your last visit?

OBJECTIVE

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 [illegible] LI LM

ROM: Decreased Increased WNL

Muscles: Spasmodic TP Weak TT WNL

ASSESS: Improving Slight Improvement No Change Worse

PLAN: Cont as prescribed Change Refer

[illegible] C D [illegible] I U ____ (TE ____ TA ____ wo tr tm pir ec fx)

RE-EX ____ EX X ____ VT-C ____ VT-L ____ S ____

SUBJECTIVE DATE: [illegible] 2015

1. [illegible] 0 1 2 3 4 5 6 7 8 9 10 4. ______ 0 1 2 3 4 5 6 7 8 9 10
2. [illegible] 0 1 2 3 4 5 6 7 8 9 10 5. ______ 0 1 2 3 4 5 6 7 8 9 10
3. [illegible] Numbness 0 1 2 3 4 5 6 7 8 9 10 6. ______ 0 1 2 3 4 5 6 7 8 9 10

[illegible] changed or occurred since your last visit?

OBJECTIVE

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 [illegible] LI LM

ROM: Decreased Increased WNL

Muscles: Spasmodic TP Weak TT WNL

ASSESS: Improving Slight Improvement No Change Worse

PLAN: Cont as prescribed Change Refer

[illegible] M H C D E I U ____ (TE ____ TA ____ wo tr tm pir ec fx)

RE-EX ____ EX X ____ VT-C ____ VT-L ____ S ____

GOALS FOR TREATMENT:

- [illegible]
- Supporting highest achievable level of function
- [illegible]
- Minimizing [illegible] frequency or duration
- Improving activities of daily living
- Keeping the patient employed and/or active

GOL 0652



Nicholas J. Arcement, D. C. Heath M. Matherne, D. C.

Lance P. Baye, D. C.

# CONSULTATION

NAME: Joseph D. Daggs DATE: DEC 18 2014

REFERRAL: Robert Faucheaux - Lawyer D/A: ____________

MAJOR COMPLAINT: Lft Shldr (9) LBP (10) Rt Leg - goes numb down to foot

OCCUPATION: Offshore SMOKE? (YES circled) NO

CHIRO. CARE BEFORE? YES (NO circled) WHERE? ____________ WHEN? ____________

WHEN DID YOU FIRST NOTICE THIS? ____________

HAS THIS HAPPENED BEFORE? YES NO WORSE BETTER AM PM

RADIATION OF PAIN INTO EXTREMITY? YES NO WHERE? ____________

ANY POSITION RELIEVES PAIN? YES NO LOCATION? ____________

FREQUENCY OF PAIN: ____________ DURATION OF PAIN: ____________

SEEN OTHER DR. FOR THIS CONDITION? YES NO WHO? ____________

WHAT WAS DONE? ____________ DID IT HELP? YES NO

ANYONE RECOMMEND SURGERY? YES NO DESCRIBE: ____________

ANYONE RECOMMEND MEDICATION? YES NO DESCRIBE: ____________

**Chiropractic Wellness Clinic**
Arcement-Matherne Chiropractic Clinic, LLC

Nicholas J. Arcement, D.C. Heath M. Matherne, D.C.
Lance P. Baye, D.C.

NAME: Joseph D. Doggs CASE #: [redacted] DATE: DEC 18 2014

1. Date of Accident – 12-9-2014
2. Major Complaint – Left shldr 9 – LBP – Rt leg goes numb down to foot
3. Chiropractic History – None
4. Location – I-110 I-10 W Baton Rouge
5. Make / Model – VH 1 2007 Honda Accord – VH 2 – 07 F150
6. Driver / Passenger – Pt was driver (1) Passenger
7. Vehicular Damage – Rear passenger side
8. Police Report – yes
9. Circumstances: Veh 1 was traveling on interstate when veh. in front of them hit brakes. Veh 1 hit his brakes causing veh. 2 to jerk into R. Lane then quickly back into left lane, hitting the passenger rear end of veh. 1 causing it to spin. While veh. 2 flipped over them. When veh 1 stopped spinning the car tilted to one side then slammed back down
10. TOD / Conditions – 11:24 AM – Clear skies
11. Seatbelt – yes
12. Airbag – NO
13. Awareness of Impact – NO
14. Position @ Impact / Reaction – hands on steering wheel facing to front – hands on steering wheel to keep control of car – seat belt locked up against shld.
15. Consciousness – NO Lost
16. EMS – yes
17. Pain / When – slight pain 1st day – then 2nd day felt worse
18. Scale - 1 2 3 4 5 6 7 8 (9) (10) — 9 L shldr, 10 LBP

# ROLAND MORRIS DISABILITY INDEX

PATIENT NAME: Joseph Daggs DATE: 12/10/2014

When your back hurts, you may find it difficult to do some of the things you normally do. Check the box before each sentence that describes you today. Leave the box blank if the sentence does not describe you.

- ☑ I stay home most of the time because of my back.
- ☑ I change positions frequently to try to get my back comfortable.
- ☑ I walk more slowly than usual because of my back.
- ☑ Because of my back, I am not doing any of the jobs that I usually do around the house.
- ☑ Because of my back, I use a handrail to get upstairs.
- ☑ Because of my back, I lie down to rest more.
- ☑ Because of my back, I have to hold on to something to get out of an easy chair.
- ☑ Because of my back, I try to get other people to do things for me.
- ☑ I get dressed more slowly because of my back.
- ☑ I only stand up for short periods of time because of my back.
- ☑ Because of my back, I try not to bend or kneel.
- ☑ I find it difficult to get out of a chair because of my back.
- ☑ My back is painful almost all of the time.
- ☑ I find it difficult to turn over in bed because of my back.
- ☐ My appetite is not very good because of my back.
- ☑ I have trouble putting on my socks (stockings) because of my back.
- ☑ I only walk short distances because of my back pain.
- ☑ I sleep less well because of my back pain.
- ☐ Because of my back pain, I get dressed with help from someone else.
- ☑ I sit down for most of the day because of my back.
- ☑ I avoid heavy jobs around the house because of my back.
- ☐ Because of my back pain, I am more irritable and bad tempered with people than usual.
- ☑ Because of my back, I go upstairs more slowly than usual.
- ☑ I stay in bed most of the time because of my back.

Form by Roland M. Morris R. Spine 1983:8(2):141-144. Lippincott-Raven Publishers

# Chiropractic Wellness Clinic

Arcement-Matherne Chiropractic Clinic, LLC

Nicholas J. Arcement, D.C. Heath M. Matherne, D.C.

Lance P. Baye, D.C.

NAME: Joseph D. Daggs CASE #: [redacted] Date: DEC 18 2014

B.P.: 123/91 Pulse: 86 Height: 5'10" Weight: 231

Major Complaint: ______

## STANDING

| POSTURAL ANALYSIS | L | R |
|---|---|---|
| Antalgic | | |
| Head Tilt | | |
| Head Rot. | | |
| High Shld. | | |
| High Hip | | |

| LUMBAR R.O.M. | | | NOR. |
|---|---|---|---|
| Flex | 80 | | (90°) |
| Ext. | 16 | | (25°) |
| Lt. Rot. | 18 | | (30°) |
| Rt. Rot. | 18 | | (30°) |
| (L) Lat. Flex | 18 | | (25°) |
| (R) Lat. Flex | 15 | | (25°) |

| | L | R |
|---|---|---|
| Adam's | | |
| Advancement | + | + |
| Kemps | + | + |
| Heel Walk | | |
| Toe Walk | + | + |
| Valsalva's | + | + |
| Dejerines | | |

| CEREBELLAR | |
|---|---|
| Finger-Finger | |
| Finger-Nose | |
| Heel-Shin | |
| Rhomberg | |

## SITTING

| VASCULAR | L | R |
|---|---|---|
| Allen's | | |
| Adson's | | |
| Georges | | |

| CERVICAL R.O.M. | | NOR. |
|---|---|---|
| Flex | | (60°) |
| Ext. | | (75°) |
| Lt. Rot. | | (80°) |
| Rt. Rot. | | (80°) |
| (L) Lat. Flex | | (45°) |
| (R) Lat. Flex | | (45°) |

Compression ______

Distraction ______

| DEEP TENDON REFLEXES | L | R |
|---|---|---|
| Patellar (L4) | | |
| Achilles (S1) | | |
| Biceps (C5) | | |
| Brachial (C6) | | |
| Triceps (C7) | | |

| DERMATONES | L | R | | L | R |
|---|---|---|---|---|---|
| C5 | | | L3 | | |
| C6 | | | L4 | | |
| C7 | | | L5 | | |
| C8 | | | S1 | | |
| T1 | | | S2 | | |
| T2 | | | | | |

DYNOMETER

Left ______

Right ______

Patient is ______ handed.

## SUPINE

Short Leg ______

Sato Hall ______

| | L | R |
|---|---|---|
| Linders | | |
| Shl. Depressor | | |
| Fabere Patrick | + | + |
| Lasegue's | + | + |
| Bragard | + | + |
| Well Leg Raise | + | + |
| Soldthwait | | |
| Milgram Test | | |
| Hoover's | | |
| Babinski | | |
| Palpate Cervicals | | |

## PRONE

| | L | R |
|---|---|---|
| Nachlas | + | + |
| Ely. | + | + |
| Yeoman's | + | + |
| Sacral Leg Check | | |
| Short Leg | | |
| Palpation | | |

| MOTOR | L | R |
|---|---|---|
| Shld. Abdt. (C5) | | |
| Wrist Ext. (C6) | | |
| Wrist Flex (C7) | | |
| Finger Ext. (C8) | | |
| Finger Abdt. (T1) | | |
| Med Nerve Test | | |
| Quadriceps (L2/3) | | |
| Hamstrings (L5/S1) | | |

## MUSCLE ASSESSMENT

### UPPER BODY

| | L | R |
|---|---|---|
| Upper Trapezius: | | |
| – upper | | |
| – mid | | |
| – lower | | |
| Levator Scapulae | | |
| SCM | | |
| Scalenes: | | |
| – anterior | | |
| – medial | | |
| – posterior | | |

| | L | R |
|---|---|---|
| Pectoralis Major | | |
| Pectoralis Minor | | |
| Shoulder Internal Rotators: | | |
| – Supraspinatus | | |
| – Infraspinatus | | |
| – Teres Minor | | |
| Subscapularis | | |

### LOWER BODY

| | L | R |
|---|---|---|
| Erector Spinae | | |
| Lumbar Multifidi | | |
| Hip Flexors: | | |
| – Psoas | | |
| – Rectus Femoris | | |
| Hamstring: | | |
| – medial | | |
| – central | | |
| – lateral | | |
| Quadratus Lumborum | | |
| Piriformis | | |
| TFL (Gluteal Med) | | |
| Hip Adductor | | |

| OC | AT | AX | 3C | 4C | 5C | 6C | 7C | 1T | 2T | 3T | 4T | 5T | 6T | 7T | 8T | 9T | 10T | 11T | 12T | 1L | 2L | 3L | 4L | 5L | SAC | R | L | COX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Chiropractic Wellness Clinic
Arceneaux-Matherne Chiropractic Clinic, LLC

Nicholas J. Arceneaux, D.C. Heath M. Matherne, D.C.
Lance P. Baye, D.C.

# UPPER EXTREMITY EXAM

NAME: Joseph P. Daggs CASE #: ______ Date: 12/18/14

B.P.: ______ Pulse: ______ Height: ______ Weight: ______

Major Complaint: ______

## SHOULDER

| | L | R |
|---|---|---|
| Codman's Arm Drop | | |
| Yergason's | | |
| Dugas' | + | |
| Apprehension | + | |
| Dawbarn's | + | |
| Supraspinatus Arc Test | + | |
| Supraspinatus Test | + | |

DTR'S ______

MUSCLES ______

| SHOULDER ROM | NOR. | L | R |
|---|---|---|---|
| Flexion | 160° | 150 | |
| Extension | 45° | 48 | |
| Int. Rot. | 60° | 20 | |
| Ext. Rot. | 80° | 30 | |
| Abduction | 170° | 100 | |
| Adduction | 45° | 40 | |

| | L | R |
|---|---|---|
| Acromial / Clavicular | + | |
| Glenhumeral Joint | + | |

## ELBOW

| | L | R |
|---|---|---|
| Reverse Cozen's | | |
| Cozen's | | |
| Mill's | | |
| Tinel's | | |
| Valgus Stress | | |
| Varus Stress | | |

DTR'S ______

MUSCLES ______

| ELBOW ROM | NOR. | L | R |
|---|---|---|---|
| Flexion | 135° | | |
| Extension | 0° | | |
| Supination | 90° | | |
| Pronation | 90° | | |

| | L | R |
|---|---|---|
| Radial / Capitellar Joint | | |
| Ulnar / Triquetrum Joint | | |

## WRIST / HAND

| | L | R |
|---|---|---|
| Reverse Phalen's | | |
| Phalen's | | |
| Tinel's | | |
| Finkelstein's | | |

DTR'S ______

MUSCLES ______

| Wrist/Hand ROM | NOR. | L | R |
|---|---|---|---|
| Pronation | 90° | | |
| Supination | 90° | | |
| Flexion | 80° | | |
| Extension | 70° | | |
| Radial Deviation | 15° | | |
| Ulnar Deviation | 30° | | |

| | L | R |
|---|---|---|
| Radial Ulnar Joint | | |
| Carpal / Metacarpal Joint | | |
| Metacarpophalangeal Joint | | |
| Interphalangeal Joint | | |

**Chiropractic Wellness Clinic**

Arceneaux-Matherne Chiropractic Clinic, LLC

Nicholas J. Arceneaux, D.C. Heath M. Matherne, D.C.

Lance P. Baye, D.C.

## AUTOMOBILE ACCIDENT QUESTIONAIRE

NAME: Joseph Daggs CASE #: ______ DATE: 12/18/2014

**VEHICLE IN WHICH YOU WERE INJURED:**

Driver's Name: Joseph Daggs Insurance Co.: All-State
Policy #: ______ Ins. Phone #: ______
Ins. Address: ______
Claim Adjuster: Garret Coleman Claim #: 0603580744652

**OTHER VEHICLE:**

Driver's Name: Travis McDonald Insurance Co.: USAA
Policy #: 032467478G Ins. Phone #: 1-800-531-8722
Ins. Address: ______
Claim Adjuster: ______ Claim #: 32467478-1

Name and address of Attorney retained: Robert Faucheaux - 985-651-2889
Please explain in detail how your accident happened: ______

Were the police notified? ✓ YES ___ NO
Were you knocked unconscious? ___ YES ✓ NO If so, how long? ______
Vehicle was struck from: ✓ BEHIND ___ FRONT ___ LEFT SIDE ___ RIGHT SIDE
Date of accident / injury: 12/9/2014 Time of accident / injury: 11:21 Back, Shoulder Leg
Did you feel pain immediately after the accident? ✓ YES ___ NO If so, where? Back Shoulder Leg
Where were you taken after the accident? To Ololl
What treatment was given? Pain Medications X-Rays taken? ✓ YES ___ NO
Was another doctor consulted after your accident? ___ YES ✓ NO
If so, what was the doctor's name? ______
What was the diagnosis? Don't Remember
What treatment was given? Pain Medication
How often / how long did you see the doctor? Don't Rember
Before the accident / injury, were you capable of working on an equal basis with others your age?
✓ YES ___ NO
Are your work activities restricted since the accident / injury? ✓ YES ___ NO
Since your accident / injury, are your symptoms: ___ IMPROVING ✓ WORSE ___ SAME

PATIENT SIGNATURE: [signature]

GOL 0660

PATIENT NAME: Joseph D. Daggs

[Illegible chiropractic SOAP note form with three dated entries: JAN 1? 2019, FEB ?? 2019, FEB ?? 2019. Form contains areas of complaint severity ratings 0-10, spinal level notations (C1-C7, T1-T12, L1-L5), and treatment notations. Document is heavily degraded and largely illegible.]

GOL 0651

# Chiropractic Wellness Clinic

Nicholas J. Arcement, D.C.
Heath M. Matherne, D.C.
Lance P. Boye, D.C.

Auto 12/9/14

**PATIENT NAME:** Joseph D. Daggs    **CASE #:** [redacted]

AREAS OF COMPLAINT IN ORDER OF SEVERITY:   0 = No Discomfort   10 = Extreme Discomfort

**SUBJECTIVE**    **DATE:** FEB 9 2015

1. (L) Shldr P   0 1 2 3 4 5 6 7 8 9 10
2. LBP   0 1 2 3 4 5 6 7 8 9 10
3. Numbness   0 1 2 3 4 5 6 7 8 9 10

---

**SUBJECTIVE**    **DATE:** FEB 27 2015

1. (L) Shldr P   0 1 2 3 4 5 6 7 8 9 10
2. LBP   0 1 2 3 4 5 6 7 8 9 10
3. Numbness   0 1 2 3 4 5 6 7 8 9 10

---

**SUBJECTIVE**    **DATE:** MAR 12 2015

1. (L) Shldr P   0 1 2 3 4 5 6 7 8 9 10
2. LBP   0 1 2 3 4 5 6 7 8 9 10
3. Numbness   0 1 2 3 4 5 6 7 8 9 10

GOL.0650

PATIENT NAME: Joseph D. Daggs CASE#: [redacted]

AREAS OF COMPLAINT IN ORDER OF SEVERITY: 0 = No Discomfort 10 = Extreme Discomfort

SUBJECTIVE: DATE: MAR 04 2016

1. (L) Shldr 0 1 2 3 4 5 6 7 8 9 10 4. ______ 0 1 2 3 4 5 6 7 8 9 10
2. ______ 0 1 2 3 4 5 6 7 8 9 10 5. ______ 0 1 2 3 4 5 6 7 8 9 10
3. ______ Numbness 0 1 2 3 4 5 6 7 8 9 10 6. ______ 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit? ______

OBJECTIVE: C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 S1 LS SI LH

ROM: ✓ Decreased ___ Increased ___ WNL
Muscle: ___ Spasmodic ✓ TP ✓ Weak ✓ TT ___ WNL
Assess: ___ Improving ___ Slight improvement ✓ No Change ___ Worse
Plan: ___ Cont as prescribed ___ Change ___ Refer
TREAT: A EM M H C D E I U___ (TE___ TA___ wu tr tm pir sc lk)
TX-EX ___ EX X___ VT-C___ VT-L___ S___

ENT, DIV, DROPS, AS, Y, P/D, EXT, PRC

SUBJECTIVE: DATE: MAR 08 2016

1. ______ 0 1 2 3 4 5 6 7 8 9 10 4. ______ 0 1 2 3 4 5 6 7 8 9 10
2. ______ 0 1 2 3 4 5 6 7 8 9 10 5. ______ 0 1 2 3 4 5 6 7 8 9 10
3. ______ 0 1 2 3 4 5 6 7 8 9 10 6. ______ 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit? ______

OBJECTIVE: C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 S1 LS SI LH

ROM: ___ Decreased ___ Increased ___ WNL
Muscle: ___ Spasmodic ___ TP ___ Weak ___ TT ___ WNL
Assess: ___ Improving ___ Slight Improvement ___ No Change ___ Worse
Plan: ___ Cont as prescribed ___ Change ___ Refer
TREAT: A EM M H C D E I U___ (TE___ TA___ wu tr tm pir sc lk)
TX-EX ___ EX X___ VT-C___ VT-L___ S___

ENT, DIV, DROPS, AS, Y, P/D, EXT, PRC

SUBJECTIVE: DATE: MAR 11 2016

1. (L) Shldr 0 1 2 3 4 5 6 7 8 9 10 4. ______ 0 1 2 3 4 5 6 7 8 9 10
2. ______ 0 1 2 3 4 5 6 7 8 9 10 5. ______ 0 1 2 3 4 5 6 7 8 9 10
3. ______ 0 1 2 3 4 5 6 7 8 9 10 6. ______ 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit? ______

OBJECTIVE: C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 S1 LS SI LH

ROM: ✓ Decreased ___ Increased ___ WNL
Muscle: ___ Spasmodic ___ TP ✓ Weak ✓ TT ___ WNL
Assess: ___ Improving ___ Slight Improvement ✓ No Change ___ Worse
Plan: ✓ Cont as prescribed ___ Change ___ Refer
TREAT: A EM M H C D E I U___ (TE___ TA___ wu tr tm pir sc lk)
TX-EX ___ EX X___ VT-C___ VT-L___ S___

ENT, DIV, DROPS, AS, Y, P/D, EXT, PRC

GOALS FOR TREATMENT:

- ☑ Reducing/eliminating pain
- ☑ Reducing reliance on medication
- ☐ Preventing further disability
- ☑ Supporting highest attainable level of function
- ☑ Reducing muscle spasm and/or tenderness
- ☐ Minimizing exacerbation frequency or duration
- ☑ Improving activities of daily living
- ☐ Keeping the patient employed and/or active

# Chiropractic wellness clinic

Nicholas J. Arcement, D.C.
Heidi M. Matherne, D.C.
Lance P. Baye, D.C.

Auto 12/9/14

PATIENT NAME: Joseph D. Daggs

CASE #: [redacted]

AREAS OF COMPLAINT IN ORDER OF SEVERITY: 0 = No Discomfort    10 = Extreme Discomfort

### SUBJECTIVE                                                    DATE: MAR 13 2015

1. Sh/Ar P        0 1 2 3 4 5 6 7 8 9 10      4. _____  0 1 2 3 4 5 6 7 8 9 10
2. _____          0 1 2 3 4 5 6 7 8 9 10      5. _____  0 1 2 3 4 5 6 7 8 9 10
3. _____          0 1 2 3 4 5 6 7 8 9 10      6. _____  0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit? _____

### OBJECTIVE
OC C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 RPS RS LS RPI LPI

ROM: ___ Decreased ___ Increased ___ WNL
Muscular: ___ Spasmodic ___ TP ___ Weak ___ TT ___ WNL
___ Improving ___ Slight Improvement ___ No Change ___ Worse
___ Cont as prescribed ___ Change ___ Refer
A  EM  M  H  C  D  E  I  U ___ (TE ___ TA ___ wc tr bm pir ec lb)
SP-RT  EX  X ___ VT-C ___ VT-L ___ S ___

### SUBJECTIVE                                                    DATE: MAR 16 2015

1. Sh/dy P        0 1 2 3 4 5 6 7 8 9 10      4. _____  0 1 2 3 4 5 6 7 8 9 10
2. _____          0 1 2 3 4 5 6 7 8 9 10      5. _____  0 1 2 3 4 5 6 7 8 9 10
3. _____          0 1 2 3 4 5 6 7 8 9 10      6. _____  0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit? _____

### OBJECTIVE
OC C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 RPS RS LS RPI LPI

ROM: ___ Decreased ___ Increased ___ WNL
Muscular: ___ Spasmodic ___ TP ___ Weak ___ TT ___ WNL
___ Improving ___ Slight Improvement ___ No Change ___ Worse
___ Cont as prescribed ___ Change ___ Refer
A  EM  M  H  C  D  E  I  U ___ (TE ___ TA ___ wc tr bm pir ec lb)
SP-RT  EX  X ___ VT-C ___ VT-L ___ S ___

### SUBJECTIVE                                                    DATE: MAR 18 2015

1. _____          0 1 2 3 4 5 6 7 8 9 10      4. _____  0 1 2 3 4 5 6 7 8 9 10
2. _____          0 1 2 3 4 5 6 7 8 9 10      5. _____  0 1 2 3 4 5 6 7 8 9 10
3. _____          0 1 2 3 4 5 6 7 8 9 10      6. _____  0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit? _____

### OBJECTIVE
OC C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 RPS RS LS RPI LPI

ROM: ___ Decreased ___ Increased ___ WNL
Muscular: ___ Spasmodic ___ TP ___ Weak ___ TT ___ WNL
___ Improving ___ Slight Improvement ___ No Change ___ Worse
___ Cont as prescribed ___ Change ___ Refer
A  EM  M  H  C  D  E  I  U ___ (TE ___ TA ___ wc tr bm pir ec lb)
SP-RT  EX  X ___ VT-C ___ VT-L ___ S ___

GOALS FOR TREATMENT:

GOL 0649

PATIENT NAME: Joseph D. Daggs CASE# [redacted]

AREAS OF COMPLAINT IN ORDER OF SEVERITY: 0 = No Discomfort 10 = Extreme Discomfort

SUBJECTIVE DATE: MAR 2 5 2016

1. L/shoulder P. 0 1 2 3 4 5 6 7 8 9 10 4. ______ 0 1 2 3 4 5 6 7 8 9 10
2. LBP 0 1 2 3 4 5 6 7 8 9 10 5. ______ 0 1 2 3 4 5 6 7 8 9 10
3. [illegible] 0 1 2 3 4 5 6 7 8 9 10 6. ______ 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit?

OBJECTIVE

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 ... LH

ROM: ___ Decreased ___ Increased ___ WNL

Muscular: ___ Spasmodic ___ TP ___ Weak ___ TT ___ WNL

ASSESS: ___ Improving ___ Slight Improvement ___ No Change ___ Worse

PLAN: ___ Cont as prescribed ___ Change ___ Refer

L A EM M H C D E I U ___ (TE ___ TA ___ wo tr tm pir ec lk)

RE-EX ___ EX X ___ VT-C ___ VT-L ___ S ___

EXT / DIV / DROPS / AS / Y / P/D / EXT / PRC

SUBJECTIVE DATE: MAR 2 7 2016

1. ______ 0 1 2 3 4 5 6 7 8 9 10 4. ______ 0 1 2 3 4 5 6 7 8 9 10
2. ______ 0 1 2 3 4 5 6 7 8 9 10 5. ______ 0 1 2 3 4 5 6 7 8 9 10
3. ______ 0 1 2 3 4 5 6 7 8 9 10 6. ______ 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit?

OBJECTIVE

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 EPS ES LS EH LH

ROM: ___ Decreased ___ Increased ___ WNL

Muscular: ___ Spasmodic ___ TP ___ Weak ___ TT ___ WNL

ASSESS: ___ Improving ___ Slight Improvement ___ No Change ___ Worse

PLAN: ___ Cont as prescribed ___ Change ___ Refer

L A EM M H C D E I U ___ (TE ___ TA ___ wo tr tm pir ec lk)

RE-EX ___ EX X ___ VT-C ___ VT-L ___ S ___

EXT / DIV / DROPS / AS / Y / P/D / EXT / PRC

SUBJECTIVE DATE: MAR 2 9 2016

1. ______ 0 1 2 3 4 5 6 7 8 9 10 4. ______ 0 1 2 3 4 5 6 7 8 9 10
2. ______ 0 1 2 3 4 5 6 7 8 9 10 5. ______ 0 1 2 3 4 5 6 7 8 9 10
3. ______ 0 1 2 3 4 5 6 7 8 9 10 6. ______ 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit?

OBJECTIVE

C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 EPS ES LS EH LH

ROM: ___ Decreased ___ Increased ___ WNL

Muscular: ___ Spasmodic ___ TP ___ Weak ___ TT ___ WNL

ASSESS: ___ Improving ___ Slight Improvement ___ No Change ___ Worse

PLAN: ___ Cont as prescribed ___ Change ___ Refer

L A EM M H C D E I U ___ (TE ___ TA ___ wo tr tm pir ec lk)

RE-EX ___ HX X ___ VT-C ___ VT-L ___ S ___

EXT / DIV / DROPS / AS / Y / P/D / EXT / PRC

GOALS FOR TREATMENT:

- ☐ Reduce or eliminate pain
- ☐ Reduce dependence on medication
- ☐ Minimizing further disability
- ☐ Supporting highest achievable level of function
- ☐ Restoring ... areas
- ☐ Minimizing treatment frequency or duration
- ☐ Improving activities of daily living
- ☐ Keeping the patient employed and/or active

GOL 0648

Chiropractic wellness clinic

Nicholas J. Arcement, D.C.
Lance P. Baye, D.C.

Auto 12/9/14

PATIENT NAME: Joseph D. Daggs CASE#

AREAS OF COMPLAINT IN ORDER OF SEVERITY: 0 = No Discomfort 10 = Extreme Discomfort

SUBJECTIVE DATE: APR 13 2015

1. (L) Shldr P 0 1 2 3 4 5 6 7 8 9 10
2. LBP 0 1 2 3 4 5 6 7 8 9 10
3. (L) Leg 0 1 2 3 4 5 6 7 8 9 10
4. 0 1 2 3 4 5 6 7 8 9 10
5. 0 1 2 3 4 5 6 7 8 9 10
6. 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit?

OBJECTIVE

C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 SAC SI LS RT LFT

ROM: Decreased Increased WNL
Muscular: Spasmodic TP Weak TT WNL
ASSESS: Improving Slight Improvement No Change Worse
PLAN: Cont as prescribed Change Refer
MNL A EM M H C D E I U (TE TA wc tr tm pir sc lk)
RB-EX EX X VT-C VT-L S

EXT DIV DROPS AS Y P/D EXT PRC

SUBJECTIVE DATE: APR 15 2015

1. (L) Shldr P 0 1 2 3 4 5 6 7 8 9 10
2. LBP 0 1 2 3 4 5 6 7 8 9 10
3. (L) Leg 0 1 2 3 4 5 6 7 8 9 10
4. 0 1 2 3 4 5 6 7 8 9 10
5. 0 1 2 3 4 5 6 7 8 9 10
6. 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit?

OBJECTIVE

C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 SAC SI LS RT LFT

ROM: ✓ Decreased Increased WNL
Muscular: ✓ Spasmodic ✓ TP ✓ Weak ✓ TT WNL
ASSESS: ✓ Improving Slight Improvement No Change ✓ Worse
PLAN: ✓ Cont as prescribed Change Refer
MNL A EM M H C D E (I) U (TE TA wc tr tm pir sc lk)
RB-EX EX X VT-C VT-L S

EXT DIV 20 DROPS AS Y P/D EXT PRC

SUBJECTIVE DATE: APR [illegible]

1. 0 1 2 3 4 5 6 7 8 9 10
2. 0 1 2 3 4 5 6 7 8 9 10
3. 0 1 2 3 4 5 6 7 8 9 10
4. 0 1 2 3 4 5 6 7 8 9 10
5. 0 1 2 3 4 5 6 7 8 9 10
6. 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit?

OBJECTIVE

C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 SAC SI LS RT LFT

ROM: Decreased Increased WNL
Muscular: Spasmodic TP Weak TT WNL
ASSESS: Improving Slight Improvement No Change Worse
PLAN: Cont as prescribed Change Refer
MNL A EM M H C D E I U (TE TA wc tr tm pir sc lk)
RB-EX EX X VT-C VT-L S

EXT DIV DROPS AS Y P/D EXT PRC

GOALS FOR TREATMENT:

- ☐ Reduce or eliminate pain
- ☐ [illegible]
- ☐ [illegible] further disability
- ☐ Supporting [illegible] function
- ☐ [illegible]
- ☐ Minimizing [illegible] frequency or duration
- ☐ Improving activities of daily living
- ☐ [illegible] and/or safety

PATIENT NAME: Joseph D Daggs

[Illegible scanned chiropractic assessment form with three dated sections (APR 2015, MAY 2015, MAY 2015). Contents too faded to transcribe reliably.]

GOL 0646

Chiropractic wellness clinic

Nicholas J. Arcement, D.C.

Lance P. Baye, D.C.

Auto 12/19/16

PATIENT NAME: Joseph D. Daggs CASE#

AREAS OF COMPLAINT IN ORDER OF SEVERITY: 0 = No Discomfort 10 = Extreme Discomfort

SUBJECTIVE DATE: AUG 31 2015

1. No Comp 0 1 2 3 4 5 6 7 8 9 10 4. ____ 0 1 2 3 4 5 6 7 8 9 10
2. ____ 0 1 2 3 4 5 6 7 8 9 10 5. ____ 0 1 2 3 4 5 6 7 8 9 10
3. ____ 0 1 2 3 4 5 6 7 8 9 10 6. ____ 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit? ____

OBJECTIVE

C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 SI LI RI LPI

ROM: ____ Decreased ____ Increased ____ WNL

Muscular: ____ Spasmodic ____ TP ____ Weak ____ TT ____ WNL

ASSESS: ____ Improving ____ Slight Improvement ____ No Change ____ Worse

PLAN: ____ Cont as prescribed ____ Change ____ Refer ____

____ A EM M H C D E I U ____ (TE ____ TA ____ wo tr tm pir ec lk)

EX-EX ____ EX I ____ VT-C ____ VT-L ____ S ____

KIT, DIV, DROPS, AS, Y, P/D, EXT, PRC

---

SUBJECTIVE DATE: ____

1. ____ 0 1 2 3 4 5 6 7 8 9 10 4. ____ 0 1 2 3 4 5 6 7 8 9 10
2. ____ 0 1 2 3 4 5 6 7 8 9 10 5. ____ 0 1 2 3 4 5 6 7 8 9 10
3. ____ 0 1 2 3 4 5 6 7 8 9 10 6. ____ 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit? ____

OBJECTIVE

C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 SI LI RI LPI

ROM: ____ Decreased ____ Increased ____ WNL

Muscular: ____ Spasmodic ____ TP ____ Weak ____ TT ____ WNL

ASSESS: ____ Improving ____ Slight Improvement ____ No Change ____ Worse

PLAN: ____ Cont as prescribed ____ Change ____ Refer ____

____ A EM M H C D E I U ____ (TE ____ TA ____ wo tr tm pir ec lk)

EX-EX ____ EX I ____ VT-C ____ VT-L ____ S ____

KIT, DIV, DROPS, AS, Y, P/D, EXT, PRC

---

SUBJECTIVE DATE: ____

1. ____ 0 1 2 3 4 5 6 7 8 9 10 4. ____ 0 1 2 3 4 5 6 7 8 9 10
2. ____ 0 1 2 3 4 5 6 7 8 9 10 5. ____ 0 1 2 3 4 5 6 7 8 9 10
3. ____ 0 1 2 3 4 5 6 7 8 9 10 6. ____ 0 1 2 3 4 5 6 7 8 9 10

What has changed or occurred since your last visit? ____

OBJECTIVE

C0 C1 C2 C3 C4 C5 C6 C7 T1 T2 T3 T4 T5 T6 T7 T8 T9 T10 T11 T12 L1 L2 L3 L4 L5 SI LI RI LPI

ROM: ____ Decreased ____ Increased ____ WNL

Muscular: ____ Spasmodic ____ TP ____ Weak ____ TT ____ WNL

ASSESS: ____ Improving ____ Slight Improvement ____ No Change ____ Worse

PLAN: ____ Cont as prescribed ____ Change ____ Refer ____

____ A EM M H C D E I U ____ (TE ____ TA ____ wo tr tm pir ec lk)

EX-EX ____ EX I ____ VT-C ____ VT-L ____ S ____

KIT, DIV, DROPS, AS, Y, P/D, EXT, PRC

---

GOALS FOR TREATMENT:

- ☐ Reduce or eliminate pain
- ☐ Reducing reliance on medication
- ☐ Minimizing further disability
- ☐ Supporting highest achievable level of function
- ☐ Stabilizing injured or weakened areas
- ☐ Minimizing complications frequency or duration
- ☐ Improving activities of daily living
- ☐ Keeping the patient employed and/or active