J4152201 eb

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

JOSEPH DAGGS                         * CIVIL ACTION
                                     * NO. 2:19-cv-00071
VS.                                  * DISTRICT JUDGE:
                                     * BARRY W. ASHE
GULF OFFSHORE LOGISTICS,             * MAGISTRATE JUDGE:
LLC, ET AL                           * JOSEPH C. WILKINSON, JR.


VIDEOTAPED DEPOSITION OF JOSEPH DALLIS DAGGS


Date                        Edith A. Boggs, CSR


6-25-19                     HOUSTON, TEXAS

**EXHIBIT J**



```
 1                 Is that your employment application --
 2       A.   Yeah.
 3       Q.   -- on the first few pages?
 4       A.   Yes.
 5       Q.   Is that what was completed by you?
 6       A.   Yes.
 7       Q.   Okay.  So, you applied for a job at REC Marine
 8  on October 30th of 2018?
 9       A.   Yes.
10       Q.   All right.  And what was the position that you
11  were applying for?
12       A.   A rigger.  Rigger.
13       Q.   Okay.
14       A.   Deckhand.
15       Q.   All right.  And they sent you for a
16  preemployment physical?
17       A.   Yes, sir.
18       Q.   All right.  And they sent you to OMS?
19       A.   Yes, sir.
20       Q.   All right.  And is that -- on the last page of
21  what I handed you, is that the preemployment physical
22  questionnaire that you completed?
23       A.   Yes, sir.
24       Q.   All right.  And that's your signature down at
25  the bottom?
```



1  A. Yes, sir.
2  Q. All right. If you'll take a look on the third
3  column of the questionnaire, it asks -- well, the
4  questionnaire first starts with, "Circle Y for yes and N
5  for no if you currently have the following symptoms or
6  have significantly in the past," and then it -- on the
7  third column, it states, "Injured your back or
8  experienced back pain. Injured your neck or experienced
9  neck pain." And what did you circle?
10 A. "No."
11 Q. Okay. And that was not truthful, correct?
12 A. And the reason being I circled -- no, it wasn't
13 true. I was excited about getting a job to provide for
14 my kids. So, I was -- I just went through the -- the
15 bases circling "no."
16 Q. Okay. Because you just wanted to get a job?
17 A. Yeah, I wanted to get a job.
18 Q. And you felt like if you didn't -- if you
19 didn't circle "no" that they might not hire you?
20 A. No, I mean, because -- I mean -- well, that
21 basically, yes.
22 Q. Okay. All right. But you acknowledge that
23 circling "no" when asked if you had ever had back pain
24 or neck pain was an incorrect response?
25 A. Yeah.



```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF LOUISIANA
 2

 3   JOSEPH DAGGS                * CIVIL ACTION
                                 * NO. 2:19-cv-00071
 4   VS.                         * DISTRICT JUDGE:
                                 * BARRY W. ASHE
 5   GULF OFFSHORE LOGISTICS,    * MAGISTRATE JUDGE:
     LLC, ET AL                  * JOSEPH C. WILKINSON, JR.
 6
              REPORTER'S CERTIFICATION OF THE ORAL
 7                DEPOSITION OF JOSEPH DALLIS DAGGS
                              6-25-19
 8
              I, Edith A. Boggs, a Certified Shorthand
 9   Reporter in and for the State of Texas, hereby certify
     to the following:
10
              That the witness, JOSEPH DALLIS DAGGS, was
11   duly sworn by the officer and that the transcript of the
     oral deposition is a true record of the testimony given
12   by the witness;

13            That the original deposition was delivered to
     Kyle Khoury, Esquire;
14
              That a copy of this certificate was served on
15   all parties and/or the witness shown herein on
     _____.
16
              I further certify that pursuant to FRCP Rule
17   30(e)(2) that the signature of the deponent:
        __X__ was requested by the deponent or a party
18   before the completion of the deposition and that the
     signature is to be before any notary public and returned
19   within 30 days from date of receipt of the transcript.
     If returned, the attached Changes and Signature Page
20   contains any changes and the reasons therefore:
        _____ was not requested by the deponent or a
21   party before the completion of the deposition.

22            I further certify that I am neither counsel
     for, related to, nor employed by any of the parties or
23   attorneys in the action in which this proceeding was
     taken, and further that I am not financially or
24   otherwise interested in the outcome of the action.

25
```



1    Certified to by me on this, the 8th day of
     July, 2019.
2
3    *Edith A. Boggs*
     _____
4    Edith A. Boggs, CSR No. 3022
     Firm Registration No. 03
5    Expiration Date: 12-31-2019
     1001 McKinney, Suite 560
6    Houston, Texas 77002
     Ph. No.: (713) 524-4600
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

