# OMS

144 Valhi Lagoon Crossing Houma, LA 70360    Phone 985.223.0032    Fax 985.872.6670

Applicant: Joseph Daggs                                Date: 10/31/18
Address: [REDACTED]                                  D.O.B. [REDACTED]    Tel # [REDACTED]
Position Applied for: Deck Hand                        S.S.# [REDACTED]

## Medical Questionnaire

Circle Y for YES and N for NO if you currently have the following symptoms or have significantly in the past.

| Symptom | Y/N | Symptom | Y/N | Symptom | Y/N |
|---|---|---|---|---|---|
| Poor Vision | N | Carpal Tunnel Syndrome | N | Colitis | N |
| Color Blindness *can see basic colors* | Y | Stomach Problems | N | Sleep Apnea | N |
| Cataract/Glaucoma | N | Bloody bowel movements | N | ANY SURGERY? | N |
| Wear glasses or contacts | N | Thyroid problems | N | Concussion or head injury | N |
| Ear Infection | N | Epilepsy/seizures | N | Been a patient in a hospital | N |
| Hearing Aid/Loss of Hearing | N | Migraine Headache | N | Cirrhosis | N |
| Dental problems/TMJ | N | Loss of Consciousness | N | Had a hernia | N |
| Allergies | N | Dizziness/Vertigo | N | Had fits or fainting | N |
| Tuberculosis | N | Peripheral Nerve Disease | N | Had a serious illness | N |
| Asthma & Breathing difficulties | N | Frequent worry/depression | N | Injured your back or experienced back pain | N |
| Lung collapse | N | Kidney trouble/stones | N | Injured your neck or experienced neck pain | N |
| Shortness of breath/wheezing | N | Bladder/Gallbladder Trouble | N | Injured your right or left shoulder | N |
| Emphysema | N | Difficult or frequent urination | N | Injured your right or left elbow | N |
| Irregular heart beat | N | Venereal disease | N | Injured your right or left wrist | N |
| Varicose Veins | N | Irregular period/menstruation | N | Injured your right or left hand | N |
| Stroke | N | Are you pregnant? | N | Injured your fingers | N |
| Leg Ulcers | N | Date of last pap smear | ___ | Injured your right or left hip | N |
| Anemia | N | Date of last mammogram | ___ | Injured your right or left leg | N |
| Leukemia | N | Prostate problems | N | Injured your right or left knee | N |
| Diabetes | N | HIV Positive | N | Injured your right or left ankle | N |
| High Blood Pressure | N | Sickle Cell Disease | N | Injured your right or left foot | N |
| Heart Disease | N | Rash/Dermatitis | N | Injured your toes | N |
| Mental Illness | N | Psoriasis | N | Missing any limbs | N |
| Cancer or Tumors | N | Dislocations | N | Received worker's compensation | N |
| Hepatitis | N | Broken a bone | N | Received disability benefits | N |
| Drug and/or Alcohol Abuse | N | | | | |

Undergone an MRI, CT Scan, Discogram or Myelogram for any part of your body?   N
Received a disability rating from a physician resulting from any injury to any part of your body?   N
Been limited in the amount of weight you can lift by a physician?   N
Failed a physical or denied employment due to any injury or illness?   N
Are your presently taking a prescriptive medication?   N
Have you EVER had an illness, injury, or claim arising out of your employment?   N

Please fully describe any "yes" responses; (Back Surgery 1-26-94 injury on job, etc.)
_____
_____

Are you currently unable to perform any activity or do you have any lifting restrictions?   N  List: _____

Present Medication: _____

Have you ever had an injury which required you to miss time from work?    Yes    No
If yes, give dates, nature of claim, and outcome. _____

Warning: Pursuant to LSA-RS 23:1208.1, I understand that failure to answer truthfully any/all of the above questions of this medical questionnaire may result in a denial of any right I or my dependants may have to workers compensation benefits, including medical treatments and expenses. I have read and fully understand the above. (Initials) ___

Signature of Applicant: ___

**EXHIBIT K**