#1447843                                                                                                                   1030-20448

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH DAGGS** | **CIVIL ACTION NO. 2:19-cv-00071** |
| **VERSUS** | **SECTION M:**<br>**DISTRICT JUDGE BARRY W. ASHE** |
| **GULF OFFSHORE LOGISTICS, LLC, ET AL.** | **DIVISION 2:**<br>**MAGISTRATE JUDGE**<br>**JOSEPH C. WILKINSON, JR.** |

## WITNESS AND EXHIBIT LIST

**NOW INTO COURT,** through undersigned counsel, come defendants, REC Marine Logistics, LLC, GOL, LLC and T&T Marine 2, LLC (hereinafter sometimes referred to as "Defendants"), which hereby submit their Witness and Exhibit List in accordance with this Court's Scheduling Order.

## WITNESS LIST

1. Joseph D. Daggs, plaintiff;

2. Mitchell Glover, Captain onboard the M/V BRIANA MARIE;

3. Clayton Duncan, REC Marine employee onboard the M/V BRIANA MARIE;

4. James Davis, REC Marine employee onboard the M/V BRIANA MARIE;

5. Any individual onboard the West Delta 31E who witnessed plaintiff's alleged accident;

6. A Corporate representative(s) of Gulf Offshore Logistics, LLC;

7. A Corporate representative(s) of REC Marine Logistics, LLC;

8. A Corporate representative(s) of GOL, LLC

9. A Corporate representative(s) of T&T Marine 2, LLC;

10. A representative of Occupational Medicine Services, LLC and/or any provider who treated plaintiff at this facility;

11. A representative of Open MRI of Louisiana – Houma and/or any provider who treated plaintiff at this facility;

12. A representative of Ochsner St. Anne Hospital and/or any provider who treated plaintiff at this facility;

13. A representative of Complete Occupational Health Services and/or any provider who treated plaintiff at this facility;

14. A representative of Our Lady of the Lake Regional Medical Center and/or any provider who treated plaintiff at this facility;

15. A representative of Bourgeois Medical Center and/or any provider who treated plaintiff at this facility;

16. A representative of Texas Center for Neurosciences and/or any provider who treated plaintiff at this facility;

17. A representative of Matherne Chiropractic Family Wellness Center and/or any provider who treated plaintiff at this facility;

18. A representative of Flynn Manceaux Chiropractic Clinic and/or any provider who treated plaintiff at this facility;

19. A representative of Leonard J. Chabert Medical Center and/or any provider who treated plaintiff at this facility;

20. A representative of Diagnostic Imaging Services and/or any provider who treated plaintiff at this facility

21. A representative of Dr. Gayathri Talluri;

22. Dr. William Lemaire – nurse practitioner at Occupational Medicine Services;

23. Dr. Thomas Falterman;

24. Dr. Stephen Pomeranz – radiologist at Open MRI of Louisiana – Houma;

25. Dr. Ryan M. Wolfort – treating physician Ochsner St. Anne Hospital;

26. Dr. Remi Nader – treating physician Texas Center for Neurosciences;

27. Dr. Suneil Jolly, MD – treating pain management physician;

28. Laura Ferguson, Nurse Practitioner;

29. Dr. Jack Heidenreich and/or another representative of Family Doctor Clinic of Mathews;

30. A representative of Walmart Pharmacy;

31. A representative of CVS Pharmacy;

32. A representative of Walgreens Pharmacy;

33. A representative of D&M Pharmacy;

34. Any other medical provider who treated Joseph Daggs either prior to or after the alleged incident onboard the BRIANA MARIE;

35. Dr. Christopher Cenac, Jr., Independent Medical Physician;

36. Nancy Favaloro, Vocational Rehabilitation expert;

37. Captain David Scruton, Safety/Liability expert;

38. William Cho, Forensic weather expert;

39. Karin Becker, medical auditing expert to testify as to reasonable and customary charges for medical treatment;

40. Kenneth Boudreaux, Ph.D., and/or Dan M. Cliffe, CPA, and/or J. Stuart Wood, Ph.D., and/or John Page, Ph.D., Economic expert;

41. A representative of Genesis Investigations regarding surveillance;

42. A representative of Bollinger Shipyard, previous employer;

43. A representative of C&G Welding, previous employer;

44. A representative from any of plaintiff's previous employers;

45. Any witness needed to authenticate any document or evidence introduced at trial;

46. Any witness needed for rebuttal or impeachment;

47. Any witness listed or identified by any other party to this litigation.

Defendants reserve the right to amend this list as potential witnesses and their identities become known through ongoing discovery and investigation.

## EXHIBIT LIST

1. Personal Incident/Illness Report of November 30, 2018;

2. Certificate of Documentation for the BRIANA MARIE;

3. Specification Sheet for the BRIANA MARIE;

4. Deck Photographs of the BRIANA MARIE;

5. Recorded statement taken from plaintiff on November 30, 2018;

6. Daily Master Log for the BRIANA MARIE from November 30, 2018;

7. GOL, LLC and REC Marine Logistics, LLC HSE Manual;

8. Written Statements of Mitchell Glover;

9. Written Statement of James Davis;

10. Written Statement of Clayton Duncan;

11. USCG Application for Medical Certificate dated October 31, 2018;

12. Medical and/or pharmacy records of plaintiff, including, but not limited to, the following:

    a) Occupational Medicine Services, LLC and/or William Lemaire;
    b) Open MRI of Louisiana – Houma and/or Dr. Stephen Pomeranz;
    c) Ochsner St. Anne Hospital and/or Dr. Ryan Wolfort;
    d) Complete Occupational Health Services;
    e) Texas Center for Neurosciences and/or Dr. Remi Nader;
    f) Dr. Thomas Falterman;
    g) Matherne Chiropractic Family Wellness Center;
    h) Diagnostic Imaging Services;
    i) Leonard J. Chabert Medical Center;
    j) Family Doctor Clinic of Mathews;
    k) LA Pain Specialists and/or Dr. Suneil Jolly (including drug screens)
    l) Our Lady of the Lake Regional Medical Center;
    m) Thibodaux Regional Medical Center;
    n) Bourgeois Medical Center;
    o) Flynn Manceaux Chiropractic Clinic;
    p) Dr. Gayathri Talluri;
    q) Walmart Pharmacy Records;
    r) Walgreens Pharmacy Records;
    s) CVS Pharmacy Records;
    t) D&M Pharmacy Records;

13. Medical records from any provider or facility who has treated plaintiff either prior to or after the alleged incident;

14. Plaintiff's personnel file and pre-employment medical questionnaire and records with REC Marine;

15. Plaintiff's earnings records at REC Marine;

16. The license and qualification records of Captain Mitchell Glover;

17. IRS and Social Security earnings records of plaintiff;

18. Employment and injury records from Bollinger Shipyards;

19. Prior and subsequent employment records of plaintiff, including prior pre-employment medical history questionnaires;

20. Civil and Criminal records of plaintiff;

5

21. Surveillance footage of plaintiff;

22. Condon Claims Management file re prior accident involving plaintiff;

23. Subpoena Duces Tecum Response from USAA Insurance;

24. Subpoena Duces tecum Response from Financial Indemnity Company;

25. The CV and/or IME report of Dr. Christopher Cenac, Jr.;

26. The CV and/or expert report of Nancy Favaloro;

27. The CV and/or expert report of Kenneth Boudreaux, Dan M. Cliffe, J. Stuart Wood, and/or John Page;

28. The CV and/or expert report of Captain David Scruton;

29. The CV and/or expert report of William Cho;

30. The C/V and/or expert report of Karin Becker;

31. Any expert reports that have not yet been obtained;

32. Any and all documentation, statements, receipts, copies of cancelled checks, notes, correspondence, or other documents evidencing medical treatment received by plaintiff;

33. Records pertaining to payment of any medical expenses by or on behalf of plaintiff and any agreements related to same;

34. Any pleadings filed in connection with this matter and/or any related matters;

35. Any and all discovery requests, responses and documents produced in relation to this matter;

36. The stipulations of any party;

37. Any and all documents provided or identified in Initial Disclosures by any other party;

38. Any exhibit attached to a deposition;

39. Any document obtained through subpoena responses or authorizations;

40. Any and all exhibits listed or sought to be introduced by any other party to this litigation;

41. The deposition of any witness who is unavailable for trial;

42. Any item listed by any other party to this litigation; and

43. Any document needed for rebuttal or impeachment.

Defendants reserve the right to amend this list as discovery is ongoing.

          Respectfully submitted,

          **/s/*Kyle A. Khoury*          **
          Salvador J. Pusateri, T.A. (#21036)
          Kyle A. Khoury (#33216)
          **PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
          1100 Poydras Street, Suite 2250
          New Orleans, Louisiana 70163
          Telephone: (504) 620-2500
          Facsimile: (504) 620-2510
          Salvador.Pusateri@pjgglaw.com
          Kyle.Khoury@pjgglaw.com
          **ATTORNEYS FOR REC MARINE LOGISTICS, LLC, GOL, LLC AND T&T MARINE 2, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

      */s/Kyle A. Khoury*

7