UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH DAGGS** | **CIVIL ACTION NO.  2:19-cv-00071** |
| **VERSUS** | **DISTRICT JUDGE:** <br> **BARRY W. ASHE** |
| **GULF OFFSHORE LOGISTICS, LLC, ET AL.** | **MAGISTRATE JUDGE:** <br> **DONNA PHILLIPS CURRAULT** |

**PROPOSED VOIR DIRE QUESTIONS SUBMITTED BY DEFENDANTS**

NOW INTO COURT, through undersigned counsel, come defendants, GOL, LLC, REC Marine Logistics, LLC, and T & T Marine 2, LLC, who respectfully submit the following Proposed Voir Dire Questions:

1. Do any of you personally have any negative bias towards small, individual owned companies?

2. Do any of you believe that individual owned companies in general do not care about the safety of their employees?

3. If all you knew was that an employee was suing his employer for personal injuries, would you assume, without knowing any other facts, that the employer did something wrong?

4. Would any of you consider the size and financial success of a company in awarding damages? If so, would you award greater damages to compensate for an employee's injury solely because the company is financially successful?

5. Would any of you consider whether or not a company has insurance in awarding damages? If so, would you award greater damages to compensate for an employee's

injury solely because the company has insurance?

6. Have any of you ever heard of GOL, LLC, REC Marine Logistics, LLC, or T & T Marine 2, LLC? If so, what is your opinion of GOL, LLC, REC Marine Logistics, LLC, or T & T Marine 2, LLC as a company?

7. Have any of you ever worked offshore or in the maritime industry? If so, in what capacity and for how long?

8. Do you know anyone who has ever been involved in a lawsuit and has developed a negative opinion of the lawyers and the legal system as a result? If so, will such experience impact your ability to weigh the evidence impartially in a personal injury case involving an alleged work-related injury?

9. Have any of you worked in a legal position. If so, in what capacity did you work and was it primarily for plaintiffs or for the defense?

10. Do any of you personally have any negative opinion of lawyers or the fairness of the judicial system? If so, please explain.

11. Have any of you ever been involved in a lawsuit against your employer for a work-related injury? If so, what was the result of this lawsuit? Will this experience impact your ability to weigh the evidence impartially in a personal injury case involving an alleged work-related injury?

12. Do any of you believe that an employer is solely responsible for an employee's work-related injury regardless of whether or not the employee contributed to his own injury?

13. Do any of you believe that an employer is responsible for an employee's medical expenses for a work-related injury?

14. Have any of you ever sustained an on-the-job injury? If so, did you seek and were denied

any medical benefits or compensation from your employer?

15. Have you ever sustained a neck or back injury requiring surgery or an injury that otherwise kept you from working? If so, what were the circumstances of how your injury occurred?

Respectfully Submitted:

*/s/Kyle A. Khoury*
Kyle A. Khoury, T.A.
Salvador J. Pusateri
Meredith W. Blanque
Kristian B. Dobard
Pusateri, Johnson, Guillot & Greenbaum, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Phone: (504) 620-2500
Email: Kyle.Khoury@pjgglaw.com
Email: Salvador.Pusateri@pjgglaw.com
Email: Meredith.Blanque@pjgglaw.com
Email: Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR DEFENDANTS GOL, LLC, REC MARINE LOGISTICS, LLC, & T & T MARINE 2, LLC**