# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPH DAGGS** | § | CIVIL ACTION NO. 2:19-cv-00071 |
| | § | |
| **Plaintiff,** | § | DISTRICT JUDGE: |
| VS. | § | BARRY W. ASHE |
| | § | |
| **GULF OFFSHORE LOGISTICS, LLC** | § | MAGISTRATE JUDGE: |
| | § | JOSEPH C. WILKSINSON, JR. |
| **Defendant** | § | |
| | § | SECTION: M (2) |

## PLAINTIFF'S PROPOSED VERDICT FORM

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT** comes Plaintiff Joseph Daggs (hereinafter referred to as "Plaintiff"), and respectfully requests that the following verdict form be provided to the jury at the close of evidence in this case:

1. Do you find from a preponderance of the evidence that any of the defendants below were negligent <u>and</u> that such negligence was a cause, in whole or in part, of the damage or injury to Plaintiff, Joseph Daggs?

    REC Marine Logistics, LLC      Yes _____     No _____

    T & T Marine 2, LLC             Yes _____     No _____

2. Do you find from a preponderance of the evidence that the vessel, M/V BRIANA MARIE, was unseaworthy <u>and</u> that such unseaworthiness was a proximate cause of the damage or injury to Plaintiff, Joseph Daggs?

    Yes _____     No _____

    *If you answered "Yes" to one or both of the Defendants in Question No. 1, **or** answered "Yes" to Question No. 2, go to Question No. 3. If you answered "No" for **BOTH** of the Defendants in Question No. 1, **and** "No" to Question No. 2, proceed no further. Please have the jury foreperson sign and date the form and return it to the courtroom bailiff.*

3. Do you find from a preponderance of the evidence that Plaintiff, Joseph Daggs, was contributorily negligent and that such contributory negligence was a proximate cause of his damage or injury?

    Yes \_\_\_\_\_    No \_\_\_\_\_

    *If you answered "Yes" to Question No. 3, go to Question No. 4. If you answered "No" to Question No. 3, go to Question No. 5.*

4. What percentage of fault do you assign to the following parties, if any, with regards to plaintiff's injury? Only assign fault to each of the parties if you found that they were negligent in causing or contributing to plaintiff's injuries.

    REC Marine Logistics, LLC             _____%

    T & T Marine 2, LLC                   _____%

    Joseph Daggs                          _____%

    TOTAL                                 \_\_\_100\_\_\_%

    The total must equal 100%.

    *Go to Question No. 5.*

5. What amount of damages do you award to Joseph Daggs for the following elements of damages?

    ***(Please award the total damages suffered by Plaintiff without reduction for any percentages of fault):***

    Past emotional and mental pain and suffering ..............................................$_____

    Future emotional and mental pain and suffering ..........................................$_____

    Past physical impairment ..............................................................................$_____

    Future physical impairment...........................................................................$_____

    Past loss of wages .........................................................................................$_____

    Future loss of earning capacity......................................................................$_____

    Past medical expenses ..................................................................................$_____

    Future medical expenses ..............................................................................$_____

Total Damages ................................................................................$_____


PLEASE HAVE THE JURY FOREPERSON SIGN AND DATE THE FORM BELOW AND RETURN IT TO THE COURTROOM BAILIFF.

New Orleans, Louisiana this _____ day of February, 2022.

                                                  _____
                                                  FOREPERSON


**Respectfully submitted,**

**The Law Office of Ronald C. Hammock, APLC**

_____
Mr. Ronald C. Hammock
Louisiana Bar Roll No. 06480
321 N Vermont Street, Suite 106
Covington LA, 70433
Phone: (985) 302-9553
Email: RonHammock@RCHammocklawfirm.com
**ATTORNEY FOR PLAINTIFF JOSEPH DAGGS**


Kolodny Law Firm, PLLC

_____
Mr. Alan Kolodny
State Bar of Texas: 24056882
Mr. Rashon Murrill
State Bar of Texas: 24110622
1011 Augusta Dr., Suite 111

Houston, TX 77057
Telephone: (713) 532-4474
Facsimile: (713) 785-0597
Email: akolodny@fko-law.com
Email: rmurrill@fko-law.com
**ATTORNEYS *PRO HAC VICE* FOR PLAINTIFF JOSEPH DAGGS**

The Ferguson Law Firm, LLP

By: */s/ Paul 'Chip' Ferguson, Jr.*
Mr. Paul 'Chip' Ferguson, Jr.
State Bar No. 06919200
Mr. Tim M. Ferguson
State Bar No. 24099479
The Ferguson Law Firm, LLP
350 Pine Street, Suite 1440
Beaumont, Texas 77701
409-832-9700 (telephone)
409-832-9708 (facsimile)
cferguson@thefergusonlawfirm.com
tferguson@thefergusonlawfirm.com
**ATTORNEYS *PRO HAC VICE* FOR PLAINTIFF JOSEPH DAGGS**

## CERTIFICATE OF SERVICE

I do hereby certify that according to Federal Rules of Civil Procedure, the following has been served on each below outlined counsel of record on February 4, 2022.

**Via ECF:**
Mr. Kyle A. Khoury, T.A.
Louisiana Bar Roll No. 33216
Mr. Salvador J. Pusateri
Louisiana Bar Roll No. 21036
Ms. Kristian Blaine Dobard
Louisiana Bar Roll No. 36997
Pusateri, Johnson, Guillot & Greenbaum, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Phone: (504) 620-2500
Email: Kyle.Khoury@pjgglaw.com

Email: Salvador.Pusateri@pjgglaw.com
Email: Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR DEFENDANTS GOL, LLC, REC MARINE LOGISTICS, LLC, & T & T MARINE 2, LLC**

_____
Rashon Murrill