**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **JOSEPH DAGGS** | § | **CIVIL ACTION NO. 2:19-cv-00071** |
| | § | |
| **Plaintiff,** | § | **DISTRICT JUDGE:** |
| **VS.** | § | **BARRY W. ASHE** |
| | § | |
| **GULF OFFSHORE LOGISTICS, LLC** | § | **MAGISTRATE JUDGE:** |
| | § | **JOSEPH C. WILKSINSON, JR.** |
| **Defendant** | § | |
| | § | **SECTION: M (2)** |

**MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S SUPPLEMENTAL MOTION IN LIMINE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW INTO COURT, through undersigned counsel, comes Joseph Daggs ("Plaintiff") who, pursuant to Local Rule 7.4 files this Memorandum in Support of Plaintiff's Supplemental Motion in Limine, and would respectfully show the Court as follows:

## ARGUMENTS AND AUTHORITIES

### Motion in Limine No. 26

Defendants shall not make any reference to a statement written in Plaintiff's 2002 medical records at Family Doctor Clinic of Mathews in which the physician writes "I suspect malingering." This statement is neither made for medical diagnosis nor treatment. Instead, it constitutes an unproven, inadmissible hearsay allegation with no exception. Fed. R. E. 802. In addition, to the extent that this unverified allegation is admitted to show that Plaintiff engaged in "malingering" following the incident made the basis of this suit because he was alleged to have engaged in "malingering" twenty years ago, this statement is improper character evidence. Fed. R. E. 404(a)(1). Finally, any probative value of this statement is substantially outweighed by the risk of unfair prejudice to the jury. Fed. R. E. 403

## CONCLUSION AND PRAYER

Based on the foregoing, Plaintiff respectfully requests the Court grant Plaintiff's motion in limine, and that no mention of said matters be permitted.

**Respectfully submitted,**

**The Law Office of Ronald C. Hammock, APLC**

Mr. Ronald C. Hammock
Louisiana Bar Roll No. 06480
321 N Vermont Street, Suite 106
Covington LA, 70433
Phone: (985) 302-9553
Email: RonHammock@RCHammocklawfirm.com
**ATTORNEY FOR PLAINTIFF JOSEPH DAGGS**

Kolodny Law Firm, PLLC

Mr. Alan Kolodny
State Bar of Texas: 24056882
Mr. Rashon Murrill
State Bar of Texas: 24110622
1011 Augusta Dr., Suite 111
Houston, TX 77057
Telephone: (713) 532-4474
Facsimile: (713) 785-0597
Email: akolodny@fko-law.com
Email: rmurrill@fko-law.com
**ATTORNEYS *PRO HAC VICE* FOR PLAINTIFF JOSEPH DAGGS**

The Ferguson Law Firm, LLP

By: */s/ Paul 'Chip' Ferguson, Jr.*
Mr. Paul 'Chip' Ferguson, Jr.
State Bar No. 06919200

Mr. Tim M. Ferguson
State Bar No. 24099479
The Ferguson Law Firm, LLP
350 Pine Street, Suite 1440
Beaumont, Texas 77701
409-832-9700 (telephone)
409-832-9708 (facsimile)
cferguson@thefergusonlawfirm.com
tferguson@thefergusonlawfirm.com
**ATTORNEYS *PRO HAC VICE* FOR PLAINTIFF JOSEPH DAGGS**

**CERTIFICATE OF SERVICE**

I do hereby certify that according to Federal Rules of Civil Procedure, the following has been served on each below outlined counsel of record on February 4, 2022.

Rashon Murrill

**Via ECF:**

Mr. Kyle A. Khoury, T.A.
Louisiana Bar Roll No. 33216
Mr. Salvador J. Pusateri
Louisiana Bar Roll No. 21036
Ms. Kristian Blaine Dobard
Louisiana Bar Roll No. 36997
Pusateri, Johnson, Guillot & Greenbaum, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Phone: (504) 620-2500
Email: Kyle.Khoury@pjgglaw.com
Email: Salvador.Pusateri@pjgglaw.com
Email: Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR DEFENDANTS GOL, LLC, REC MARINE LOGISTICS, LLC, & T & T MARINE 2, LLC**