**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOSEPH DAGGS** | **CIVIL ACTION NO. 2:19-cv-00071** |
| **VERSUS** | **DISTRICT JUDGE:**<br>**BARRY W. ASHE** |
| **GULF OFFSHORE LOGISTICS, LLC, ET AL.** | **MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT** |

**PROPOSED VERDICT FORM**

1. Do you find by a preponderance of the evidence that Plaintiff, Joseph Daggs, injured his lower back as a result of the alleged incident on November 30, 2018.

    We, the jury, unanimously find:

    _____ YES            _____ NO

2. Do you find by a preponderance of the evidence that Plaintiff, Joseph Daggs, injured his neck as a result of the alleged incident on November 30, 2018.

    We, the jury, unanimously find:

    _____ YES            _____ NO

If you answered "YES" to questions 1 or 2, proceed to Question 3.

If you answered "NO" to questions 1 and 2, sign and date this form and return it to the Marshal.

3. Do you find by a preponderance of the evidence that REC Marine Logistics, LLC was negligent AND that such negligence caused, in whole or in part, Joseph Daggs's alleged injury or injuries?

   We, the jury, unanimously find:

   _____ YES            _____ NO

4. Do you find by a preponderance of the evidence that T & T Marine 2, LLC was negligent AND that such negligence caused, in whole or in part, Joseph Daggs's alleged injury or injuries?

   We, the jury, unanimously find:

   _____ YES            _____ NO

5. Do you find by a preponderance of the evidence that the *M/V Briana Marie* was unseaworthy AND that such unseaworthiness was a proximate cause of Joseph Daggs's alleged injury or injuries?

   We, the jury, unanimously find:

   _____ YES            _____ NO

If you answered "YES" to Questions 3, 4, or 5, proceed to Question 6.

If you answered "NO" to Questions 3, 4, and 5, sign and date this form and return it to the Marshal.

6. Do you find by a preponderance of the evidence that Joseph Daggs was negligent AND that such negligence contributed, in whole or in part, to his alleged injury or injuries?

   We, the jury, unanimously find:

   _____ YES          _____ NO

7. Do you find by a preponderance of the evidence that Joseph Daggs's failure to disclose any prior injuries was the sole cause of his alleged injuries in this case?

   We, the jury, unanimously find:

   _____ YES          _____ NO

If you answered "YES" to Question 7, please sign and date this form and return it to the Marshal.

8. What percentage of negligence or unseaworthiness that caused Joseph Daggs's alleged injuries do you attribute to each party or individual listed below?

   REC Marine Logistics, LLC            _____%

   T & T Marine 2, LLC                  _____%

   Joseph Daggs                         _____%

**(Assign fault only to those parties for whom you answered "YES" in questions 3, 4, 5, or 6 above. The sum of the percentages must equal 100%. The parties are listed in the same order as above, and the order does not in any way suggest allocation of fault)**

9. If you find that Joseph Daggs sustained any damages as a result of the incident, without taking into account the percentages of fault assigned in question 7, what amount of money would fairly and reasonably compensate Joseph Daggs for his injuries that resulted from the incident in question?

| | |
|---|---|
| Past general damages, including: physical impairment, disfigurement, pain and suffering, mental anguish, and loss of enjoyment of life | $_____ |
| Future general damages, including: physical impairment, disfigurement, pain and suffering, mental anguish, and loss of enjoyment of life | $_____ |
| Past wage Loss | $_____ |
| Future loss of earning capacity | $_____ |
| Past medical expenses | $_____ |
| Future medical expenses | $_____ |

Respectfully submitted,

***/s/ Kyle A. Khoury***
Salvador J. Pusateri, (#21036)
Kyle A. Khoury, T.A. (#33216)
Kristian B. Dobard (#36997)
Meredith W. Blanque (#32346)
**PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR REC MARINE LOGISTICS, LLC, GOL, LLC AND T&T MARINE 2, LLC**