## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH DAGGS** | **CIVIL ACTION NO.  2:19-cv-00071** |
| **VERSUS** | **DISTRICT JUDGE:**<br>**BARRY W. ASHE** |
| **GULF OFFSHORE LOGISTICS, LLC, ET AL.** | **MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT** |

## PRETRIAL MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, come defendants, REC Marine Logistics, LLC, GOL, LLC, and T&T Marine 2, LLC (hereinafter sometimes referred to as "Defendants") who pursuant to this Honorable Court's January 31, 2022 Order, respectfully submit the following Memorandum to address certain evidentiary issues:

Plaintiff has indicated that he intends to call one of the key witnesses in this case, Clayton Duncan, by way of deposition. Mr. Duncan was one of only two eyewitnesses to the Plaintiff's alleged accident. He was deposed by the parties on November 18, 2019. According to his testimony, Mr. Duncan resides in Cut Off, Louisiana, which is within 100 miles of the U.S. District Court for the Eastern District of Louisiana. The witness is thus within the subpoena power of this Court. His testimony therefore should not be admitted by way of deposition unless the Plaintiff can show that Mr. Duncan is unavailable in accordance with Fed. R. Civ. P. 32 and Fed. R. Evid. 804. Trial is set to commence in approximately one week, and there is no indication that Plaintiff has ever issued a subpoena to Mr. Duncan.

For the foregoing reasons, Defendants respectfully request that this Court preclude the use of Mr. Duncan's deposition testimony, as there has been no showing that he is an unavailable witness.

Respectfully submitted,

**/s/ Kyle A. Khoury**
Salvador J. Pusateri, (#21036)
Kyle A. Khoury, T.A. (#33216)
Kristian B. Dobard (#36997)
Meredith W. Blanque (#32346)
**PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR REC MARINE
LOGISTICS, LLC, GOL, LLC AND T&T
MARINE 2, LLC**