**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **JOSEPH DAGGS** | § | **CIVIL ACTION NO. 2:19-cv-00071** |
| **Plaintiff,** | § | |
| | § | **DISTRICT JUDGE:** |
| **VS.** | § | **BARRY W. ASHE** |
| | § | |
| **GULF OFFSHORE LOGISTICS, LLC** | § | **MAGISTRATE JUDGE:** |
| **Defendant** | § | **DONNA PHILLIPS CURRAULT** |

---

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' PROPOSED JURY INSTRUCTIONS**

---

TO THE HONORABLE JUDGE OF SAID COURT:

**NOW INTO COURT** comes Plaintiff Joseph Daggs (hereinafter referred to as "Plaintiff"), and makes the following objections to the paragraphs of GOL, LLC, REC Marine Logistics, LLC, and T & T 2 Marine, LLC's (hereinafter referred to collectively as "Defendants") Proposed Jury Instructions listed below:

19.     Charge No. 4.7 – Contributory Negligence.  Plaintiff objects to the inclusion of the portion of this instruction pertaining to "concealment of material information in hiring" as being irrelevant to this suit.  The Court, in its November 4, 2019 Order granting Defendants' Motion for Partial Summary Judgment on Plaintiff's claim for maintenance and cure[1], dismissed Plaintiff's claim for maintenance and cure with prejudice.  Through its Order, the Court has already made a ruling that Plaintiff concealed material information in hiring.  In addition, the claim for which such a question would be relevant, namely Plaintiff's maintenance and cure claim, has been dismissed.  Therefore, this is no longer a question that the jury needs to consider.  As such, there should be no jury instruction about Plaintiff's concealment of material information in hiring.

---

[1] Rec. Doc. 59.

26.     Plaintiff objects to Defendants' proposed additional instruction in this paragraph because injury is thoroughly addressed in Fifth Circuit Pattern Jury Charge No. 4.4, 4.5, 4.8, and 15.3 as it relates to this case.  Defendants' proposed additional instruction changes how the jury is instructed to consider Plaintiff's injury in the aforementioned charge numbers without including any citation to authority supporting such a change.

27.     Plaintiff objects to Defendants' proposed additional instruction in this paragraph because, for reasons stated in Plaintiff's objection to Defendant's paragraph 19, maintenance and cure is no longer relevant to this case given the Court's previous rulings on the matter.  As such, there should be no instruction on maintenance and cure.

**Respectfully submitted,**

**The Ferguson Law Firm, LLP**

By: *_/s/ Paul 'Chip' Ferguson, Jr._*
Mr. Paul 'Chip' Ferguson, Jr.
State Bar No. 06919200
Mr. Tim M. Ferguson
State Bar No. 24099479
The Ferguson Law Firm, LLP
350 Pine Street, Suite 1440
Beaumont, Texas 77701
409-832-9700 (telephone)
409-832-9708 (facsimile)
cferguson@thefergusonlawfirm.com
tferguson@thefergusonlawfirm.com
**ATTORNEYS *PRO HAC VICE* FOR PLAINTIFF JOSEPH DAGGS**

**The Law Office of Ronald C. Hammock, APLC**

_____

Mr. Ronald C. Hammock
Louisiana Bar Roll No. 06480
321 N Vermont Street, Suite 106
Covington LA, 70433
Phone: (985) 302-9553
Email: RonHammock@RCHammocklawfirm.com
**ATTORNEY FOR PLAINTIFF
JOSEPH DAGGS**


**Kolodny Law Firm, PLLC**

_____

Mr. Alan Kolodny
State Bar of Texas: 24056882
Mr. Rashon Murrill
State Bar of Texas: 24110622
1011 Augusta Dr., Suite 111
Houston, TX 77057
Telephone: (713) 532-4474
Facsimile: (713) 785-0597
Email: akolodny@fko-law.com
Email: rmurrill@fko-law.com
**ATTORNEYS _PRO HAC VICE_ FOR
PLAINTIFF JOSEPH DAGGS**

<u>**CERTIFICATE OF SERVICE**</u>

      I do hereby certify that according to Federal Rules of Civil Procedure, the following has been served on each below outlined counsel of record on February 8, 2022.


<u>**Via ECF:**</u>
Mr. Kyle A. Khoury, T.A.
Louisiana Bar Roll No. 33216
Mr. Salvador J. Pusateri
Louisiana Bar Roll No. 21036
Ms. Kristian Blaine Dobard
Louisiana Bar Roll No. 36997
Pusateri, Johnson, Guillot & Greenbaum, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Phone: (504) 620-2500
Email: Kyle.Khoury@pjgglaw.com
Email: Salvador.Pusateri@pjgglaw.com
Email: Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR DEFENDANTS**
**GOL, LLC, REC MARINE LOGISTICS,**
**LLC, & T & T MARINE 2, LLC**


      By: <u>*/s/ Paul 'Chip' Ferguson, Jr.*</u>
      Mr. Paul 'Chip' Ferguson, Jr.