# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH DAGGS | § | CIVIL ACTION NO. 2:19-cv-00071 |
| | § | |
| Plaintiff, | § | DISTRICT JUDGE: |
| VS. | § | BARRY W. ASHE |
| | § | |
| GULF OFFSHORE LOGISTICS, LLC | § | MAGISTRATE JUDGE: |
| | § | JOSEPH C. WILKSINSON, JR. |
| Defendant | § | |
| | § | SECTION: M (2) |

### RESPONSE TO DEFENDANTS' PRE-TRIAL MEMORANDUM ON THE USE OF CLAYTON DUNCAN'S DEPOSITION TESTIMONY

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, JOSEPH DAGGS (hereinafter sometimes referred to as "plaintiff") who pursuant to this Honorable Court's January 31, 2022 Order, timely responds to Defendants' pretrial memorandum regarding the presentation of Mr. Clayton Duncan's testimony in the trial of this matter.

In the pre-trial conference, the parties discussed the prospect of calling Mr. Duncan by deposition, which at the time was mutually acceptable. The idea of presenting a combined clip of his testimony was apparently acceptable to the Defendants' counsel at the conference. After the conference, defense counsel sent plaintiff counsel an email to recall its prior position and request that Mr. Duncan present in person to testify.

Mr. Duncan has been an elusive witness from the beginning. The undersigned counsel travelled to defense counsel's office once in October of 2019 to depose Mr. Duncan, and he did not show as previously promised. The certificate of non-appearance is attached to this response as Exhibit A. The second attempt proved fruitful. At the deposition, Defendants were represented in the office of their counsel, and a cross-examination of Mr. Duncan was conducted

there by Mr. Salvador Pusateri. The deposition was video recorded, and a copy of the video is available.

Presently, plaintiff's counsel has subpoenaed Mr. Duncan to the trial of this case utilizing the same process service firm that successfully served Mr. Duncan with the deposition subpoena. *See Exhibit B Copy of Trial Subpoena Out for Service on Mr. Duncan*. Service is out on a rushed basis. Given the Defendants' sudden change of heart regarding Mr. Duncan testifying in person, plaintiff is vigorously seeking Mr. Duncan's presence at the trial with a rushed trial subpoena. Nonetheless, Mr. Duncan may be unavailable at which time, plaintiff will request the Court's permission under the authority of FRCP 32(a)(4)(D) and FRE 804(a)(5) to play excerpts of Mr. Duncan's deposition to the jury with the defense having the same opportunity. *See FRCP 32(a)(4)(D) which provides for the use of a deposition in trial when the witness's attendance in trial could not be procured by subpoena.* FRE 804 (a)(5) provides a similar standard for the exception to hearsay deposition testimony when a deponent witness is unavailable at trial.

In closing, the Defendants have recalled their earlier willingness to provide the jury with Clayton Duncan's eyewitness account of the incident and circumstances around it via deposition. Upon finding out this change, Plaintiff has issued the attached subpoena to compel Mr. Duncan's attendance in trial. Nonetheless, the Federal Rules of Evidence guide the Court in a situation where a witness has been deposed but could not attend the trial even after a subpoena was issued. It grants the proponent of the deposition the right to play the deposition in trial. Therefore, plaintiff counsel will send to defense counsel designated sections of the Clayton Duncan deposition that he intends to show in trial, so that in advance of trial, the defense will have time to review the testimony sought to be heard by the Plaintiff and have an opportunity to prepare

their own sections of testimony from the deposition to show the jury in the event that Mr. Duncan is unavailable to attend the trial proceedings.

        **The Law Office of Ronald C. Hammock, APLC**

        _(signature)_
        Mr. Ronald C. Hammock
        Louisiana Bar Roll No. 06480
        321 N Vermont Street, Suite 106
        Covington LA, 70433
        Phone: (985) 302-9553
        Email: RonHammock@RCHammocklawfirm.com
        **ATTORNEY FOR PLAINTIFF JOSEPH DAGGS**


        Kolodny Law Firm, PLLC

        _(signature)_
        Mr. Alan Kolodny
        State Bar of Texas: 24056882
        Mr. Rashon Murrill
        State Bar of Texas: 24110622
        1011 Augusta Dr., Suite 111
        Houston, TX 77057
        Telephone: (713) 532-4474
        Facsimile: (713) 785-0597
        Email: akolodny@fko-law.com
        Email: rmurrill@fko-law.com


        **ATTORNEYS *PRO HAC VICE* FOR PLAINTIFF JOSEPH DAGGS**

        The Ferguson Law Firm, LLP

        By: _/s/ Paul 'Chip' Ferguson, Jr._
        Mr. Paul 'Chip' Ferguson, Jr.
        State Bar No. 06919200
        Mr. Tim M. Ferguson
        State Bar No. 24099479

The Ferguson Law Firm, LLP
350 Pine Street, Suite 1440
Beaumont, Texas 77701
409-832-9700 (telephone)
409-832-9708 (facsimile)
cferguson@thefergusonlawfirm.com
tferguson@thefergusonlawfirm.com
**ATTORNEYS *PRO HAC VICE* FOR
PLAINTIFF JOSEPH DAGGS**

## CERTIFICATE OF SERVICE

I do hereby certify that according to Federal Rules of Civil Procedure, the following has been served on each below outlined counsel of record on February 8, 2022.

Alan Kolodny

**Via ECF:**
Mr. Kyle A. Khoury, T.A.
Louisiana Bar Roll No. 33216
Mr. Salvador J. Pusateri
Louisiana Bar Roll No. 21036
Ms. Kristian Blaine Dobard
Louisiana Bar Roll No. 36997
Pusateri, Johnson, Guillot & Greenbaum, LLC
1100 Poydras Street, Suite 2250
New Orleans, LA 70163
Phone: (504) 620-2500
Email: Kyle.Khoury@pjgglaw.com
Email: Salvador.Pusateri@pjgglaw.com
Email: Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR DEFENDANTS
GOL, LLC, REC MARINE LOGISTICS,
LLC, & T & T MARINE 2, LLC**