IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| JOSEPH DAGGS | * | CIVIL ACTION NO.: |
| Plaintiff, | * | 2:19-cv-00071 |
| | * | |
| | * | SECTION (2) |
| VERSUS | * | |
| | * | DISTRICT JUDGE: BARRY |
| | * | W. ASHE |
| GULF OFFSHORE | * | |
| LOGISTICS LLC | * | MAGISTRATE JUDGE |
| Defendants. | * | JOSEPH C. WILKINSON, JR. |

*********************

    CERTIFICATE OF NONAPPEARANCE of CLAYTON DUNCAN, 124 West 132nd Street, Cut Off, Louisiana 70345, taken at the offices of PUSATERI, JOHNSTON, GUILLOT & GREENBAUM LLC, 1100 Poydras Street, Suite 2250, New Orleans, Louisiana 70163, on Wednesday, the 23rd, of October, 2019.


APPEARANCES:


    KOLODNY LAW FIRM, PLLC
    (BY: Alan Kolodny, Esquire)
    1011 August Drive, Suite 111
    Houston, Texas  77057
        (Representing Joseph Daggs)

Clayton Duncan
October 23, 2019

Page 2

1  APPEARANCES CONTINUED:
2
3    PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
     LLC
4    (BY:  Kyle A. Khoury, Esquire)
     1100 Poydras Street, Suite 2250
5    New Orleans, Louisiana  70163
        (Representing Gulf Offshore
6         Logistics LLC)
7
8
9
10
11
12  REPORTED BY:
       Jill Freeman, RPR, RMR
13     Certified Court Reporter
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1    MR. KOLODNY:
2       This is Alan Kolodny, Counsel for
3   Joseph Daggs, present in defense counsel Kyle
4   Khoury's office in New Orleans.  We waited for
5   the witness, Clayton Duncan, who had been
6   noticed for 11:00.
7       I have had communication with Clayton
8   on my cell phone to indicate that he did not
9   secure transportation from Cut Off, Louisiana,
10  to New Orleans.  So we have had dialogue,
11  defense counsel and myself, over postponing his
12  deposition until November 18th, which would go
13  past the discovery deadline, but defense
14  counsel has graciously agreed that that makes
15  sense given the fact that we have a mediation
16  the following day and that it would reduce the
17  costs for plaintiff's counsel to secure this
18  deposition.
19      Counsel, do you have anything to add?
20   MR. KHOURY:
21      No, I don't have anything to add.
22   MR. KOLODNY:
23      That's it.
24
25   (End of Certificate of Nonappearance).

Page 4

1           REPORTER'S CERTIFICATE
2
3       I, JILL FREEMAN, Certified Court Reporter,
4   do hereby certify that the above-named witness,
5   after having been duly sworn by me upon
6   authority of R.S. 37:2554, did testify as
7   hereinbefore set forth in the foregoing pages;
8   that the testimony was reported by me in
9   stenotype reporting method and thereafter
10  transcribed by me or under my personal
11  direction and supervision; is a true and
12  correct transcript to the best of my ability
13  and understanding; that I have acted in
14  compliance with the prohibition on contractual
15  relationships, as defined by Louisiana Code of
16  Civil Procedure Article 1434 and in rules and
17  advisory opinions of the board; that I am not
18  related to counsel or to the parties herein,
19  nor am I otherwise interested in the outcome of
20  this matter.
21
22
23
            Jill Freeman, RPR, RMR
24          Certified Court Reporter
25

2 (Pages 2 to 4)

Louisiana Court Reporters
(504) 229-6666