UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| JOSEPH DAGGS | CIVIL ACTION NO. 2:19-cv-00071 |
|---|---|
| VERSUS | DISTRICT JUDGE:<br>BARRY W. ASHE |
| GULF OFFSHORE LOGISTICS, LLC, ET AL. | MAGISTRATE JUDGE:<br>DONNA PHILLIPS CURRAULT |

## BRIEF JOINT DESCRIPTION OF CASE

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Joseph Daggs, and Defendants, REC Marine Logistics, LLC and T & T Marine 2, LLC, which hereby submit the following proposed Brief Joint Description of the case to be read to proposed jurors:

This is a lawsuit involving alleged personal injuries. The Plaintiff, Joseph Daggs, was working as a deckhand on a vessel named the M/V BRIANA MARIE on November 30, 2018, when he claims he slipped and fell on the deck causing injuries to his neck and low back. Mr. Daggs is seeking to recover damages from REC Marine Logistics, LLC, which was his employer and the operator of the M/V BRIANA MARIE, as well as T & T Marine 2, LLC, which was the owner of the vessel.

[SIGNATURE BLOCK ON THE FOLLOWING PAGE]

Respectfully submitted,

The Ferguson Law Firm, LLP

*/s/ Paul 'Chip' Ferguson, Jr.*
Mr. Paul 'Chip' Ferguson, Jr.
State Bar of Texas 06919200
Mr. Tim M. Ferguson
State Bar of Texas 24099479
350 Pine Street, Suite 1440
Beaumont, Texas 77701
Telephone: (409) 832-9700
Facsimile:   (409) 832-9708
Email: cferguson@thefergusonlawfirm.com
           tferguson@thefergusonlawfirm.com

Kolodny Law Firm, PLLC

Mr. Alan Kolodny
State Bar of Texas: 24056882
Mr. Rashon Murrill
State Bar of Texas: 24110622
1011 Augusta Dr., Suite 111
Houston, TX 77057
Telephone: (713) 532-4474
Facsimile: (713) 785-0597
Email: akolodny@fko-law.com
Email: rmurrill@fko-law.com

ATTORNEYS *PRO HAC VICE* FOR
PLAINTIFF JOSEPH DAGGS

The Law Office of Ronald C. Hammock, APLC

Mr. Ronald C. Hammock
Louisiana Bar Roll No. 06480
321 N Vermont Street, Suite 106
Covington LA, 70433
Phone: (985) 302-9553
RonHammock@RCHammocklawfirm.com

**ATTORNEY FOR PLAINTIFF**

Respectfully submitted,

*/s/ Kyle A. Khoury*
Salvador J. Pusateri, (#21036)
Kyle A. Khoury, T.A. (#33216)
Kristian B. Dobard (#36997)
Meredith W. Blanque (#32346)
**PUSATERI, JOHNSTON, GUILLOT
& GREENBAUM, LLC**
1100 Poydras Street, Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile: (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com
Kristian.Dobard@pjgglaw.com
**ATTORNEYS FOR REC MARINE
LOGISTICS, LLC, GOL, LLC AND T&T
MARINE 2, LLC**

**CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record herein in accordance with the Federal Rules of Civil Procedure on February 9, 2022.

                                                                                                    Mr. Paul 'Chip' Ferguson, Jr.