# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH DAGGS** | **CIVIL ACTION NO. 2:19-cv-00071** |
| **VERSUS** | **DISTRICT JUDGE:**<br>**BARRY W. ASHE** |
| **GULF OFFSHORE LOGISTICS, LLC, ET AL.** | **MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT** |

## TRIAL STIPULATIONS

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Joseph Daggs, and Defendants, REC Marine Logistics, LLC and T & T Marine 2, LLC, which hereby submit the following Trial Stipulations to be read to the jury:

### Stipulation No. 1:

On November 30, 2018, the Plaintiff, Joseph Daggs, was a Jones Act seaman who was employed as a deckhand on a vessel named the *M/V Briana Marie*.

### Stipulation No. 2:

On November 30, 2018, the Plaintiff, Joseph Daggs, was employed by REC Marine Logistics, LLC.

### Stipulation No. 3:

On November 30, 2018, REC Marine Logistics, LLC was the operator of the *M/V Briana Marie*, and also employed the other crewmembers on the vessel.

### Stipulation No. 4:

On November 30, 2018, the *M/V Briana Marie* was owned by a company named T & T Marine 2, LLC.

**Stipulation No. 5:**

Some documents you will see may reference GOL, LLC or contain a GOL logo. You should assume that any such documents are those of REC Marine Logistics, LLC.

        Respectfully submitted,

        */s/ Kyle A. Khoury*
        Salvador J. Pusateri, (#21036)
        Kyle A. Khoury, T.A. (#33216)
        Kristian B. Dobard (#36997)
        Meredith W. Blanque (#32346)
        **PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC**
        1100 Poydras Street, Suite 2250
        New Orleans, Louisiana 70163
        Telephone: (504) 620-2500
        Facsimile: (504) 620-2510
        Salvador.Pusateri@pjgglaw.com
        Kyle.Khoury@pjgglaw.com
        Kristian.Dobard@pjgglaw.com
        **ATTORNEYS FOR REC MARINE LOGISTICS, LLC, GOL, LLC AND T&T MARINE 2, LLC**

**The Ferguson Law Firm, LLP**

*/s/ Paul 'Chip' Ferguson, Jr.*
**Mr. Paul 'Chip' Ferguson, Jr.**
**State Bar of Texas 06919200**
**Mr. Tim M. Ferguson**
**State Bar of Texas 24099479**
**350 Pine Street, Suite 1440**
**Beaumont, Texas 77701**
**Telephone: (409) 832-9700**
**Facsimile: (409) 832-9708**
**Email: cferguson@thefergusonlawfirm.com**
**tferguson@thefergusonlawfirm.com**

**Kolodny Law Firm, PLLC**

*/s/ Alan Kolodny*
**Mr. Alan Kolodny**
**State Bar of Texas: 24056882**

3

**Mr. Rashon Murrill**
**State Bar of Texas: 24110622**
**1011 Augusta Dr., Suite 111**
**Houston, TX 77057**
**Telephone: (713) 532-4474**
**Facsimile: (713) 785-0597**
**Email: akolodny@fko-law.com**
**Email: rmurrill@fko-law.com**
**ATTORNEYS** *PRO HAC VICE* **FOR**

**PLAINTIFF JOSEPH DAGGS**


**The Law Office of Ronald C. Hammock, APLC**

**/s/** *Ronald C. Hammock*
**Mr. Ronald C. Hammock**
**Louisiana Bar Roll No. 06480**
**321 N Vermont Street, Suite 106**
**Covington LA, 70433**
**Phone: (985) 302-9553**
**RonHammock@RCHammocklawfirm.com**
**ATTORNEY FOR PLAINTIFF**